SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, MIGUEL AGUILAR ESTRADA, BEATRIZ ANDREA FORERO CHAVEZ, on behalf of themselves and others similarly situated,<br>      Petitioners-Plaintiffs,<br>v.<br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br>      Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID PETITIONERS'-PLAINTIFFS' NOTICE OF INTERESTED PARTIES**<br><br>**L.R. 7.1.-1** |

The undersigned, counsel of record for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Kelvin Hernandez Roman | Plaintiff |
| Miguel Aguilar Estrada | Plaintiff |
| Beatriz Forero Chavez | Plaintiff |
| Chad F. Wolf | Defendant |
| Matthew T. Albence | Defendant |
| David Marin | Defendant |
| James Janecka | Defendant |

DATED: April 13, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Amanda Barnettt
AMANDA BARNETT

Counsel for Plaintiffs-Petitioner