SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KELVIN HERNANDEZ ROMAN,
BEATRIZ ANDREA FORERO
CHAVEZ, MIGUEL AGUILAR
ESTRADA, on behalf of themselves and
all others similarly situated,

        Petitioners-Plaintiffs,

v.

CHAD F. WOLF, Acting Secretary, U.S.
Department of Homeland Security;
MATTHEW T. ALBENCE, Deputy
Director and Senior Official Performing
the Duties of the Director, U.S.
Immigration and Customs Enforcement;
DAVID MARIN, Director of the Los
Angeles Field Office, Enforcement and
Removal Operations, U.S. Immigration
and Customs Enforcement; and JAMES
JANECKA, Warden, Adelanto ICE
Processing Center,

        Respondents-Defendants.

Case No. 5:20-cv-00768

**ADELANTO COVID**

**DECLARATION OF JESSICA
KARP BANSAL**

## DECLARATION OF JESSICA KARP BANSAL

I, JESSICA KARP BANSAL, declare and state as follows:

1.      I am a senior staff attorney with the American Civil Liberties Union of Southern California. I am duly licensed to practice law in the State of California. I am counsel of record for Plaintiffs-Petitioners in this action. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2.      I have been a member of the California bar since 2011 and the New York bar since 2010. I graduated from Columbia Law School in 2009. Following graduation, I served as a judicial clerk to the Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals. From 2010 to July 2019, I worked at the National Day Laborer Organizing Network, where I held the titles of Staff Attorney, Litigation Director, and Legal Director. I joined the staff of the ACLU in August 2019. I am a member of the Bar of the State of California, the Bar of the State of New York, and am admitted to several federal courts, including the Central District of California, the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.

3.  The ACLU of Southern California is one of the largest regional affiliates of the American Civil Liberties Union and is dedicated to defending and securing important constitutional rights and to extend these rights to people who have been excluded from their protection. The ACLU of Southern California has extensive expertise in class action litigation and immigrants' rights litigation, and has participated in numerous cases in federal court related to policies and practices of the federal immigration system.

4.  I have substantial experience litigating cases involving immigrants' rights. I have spent my entire legal career working on immigrants' rights cases. I have represented immigrants in a number of cases addressing systemic issues in the federal immigration system through class actions. For example, I am currently

1

1  co-lead counsel in a class action challenging federal immigration enforcement

2  policies. *See Gonzalez v. ICE*, 416 F. Supp. 3d 995 (C.D. Cal. 2019) (finding that

3  ICE violated the Fourth Amendment by systemically issuing detainers to class

4  members without probable cause). I am also counsel in a class action challenging

5  the lack of appointed legal representatives for immigrants with serious mental

6  abilities. *See Franco-Gonzalez v. Holder*, Case No. 2:10-02211-DMG-DTB (C.D.

7  Cal. 2011), 2011 U.S. Dist. LEXIS 158130 (C.D. Cal. Nov. 21, 2011) (granting

8  class certification).  I previously served as class counsel in *Valle del Sol v. Whiting*,

9  challenging an Arizona state law that sought to regulate immigration and

10  criminalize the solicitation of day labor. *See Valle del Sol v. Whiting*, No. CV-10-

11  01061-PHX-SRB, 2015 WL 12030514, at *9 (D. Ariz. Sept. 4, 2015).

12       5.     In addition, I have represented immigrants in a number of non-class

13  cases raising complex legal issues. For example, I serve or have served as co-lead

14  counsel in *Ramos v. Nielsen*, (challenging the termination of Temporary Protected

15  Status), *Bhattarai v. Nielsen*, Case No. 3:19-cv-00731 (N.D Cal. 2019) (same), and

16  *Puente v. Arpaio*, Case No. CV-14-01356 (D. Ariz. 2014) (challenging worksite

17  raids in Maricopa county on constitutional grounds).

18       6.     My colleague and proposed class counsel, Michael Kaufman, is an

19  experienced immigrants' rights litigator at the ACLU of Southern California. Mr.

20  Kaufman graduated with distinction from Stanford Law School in 2007. Following

21  graduation, he served as a judicial clerk to the Honorable Sidney Thomas of the

22  Ninth Circuit Court of Appeals. He was then a Skadden Fellow at the Lawyers'

23  Committee for Civil Rights of the San Francisco Bay area, where he worked on

24  immigrants' rights and workers' rights issues. He joined the staff of the ACLU of

25  Southern California in October 2010. He is a member of the Bar of the State of

26  California, and admitted to practice before several federal courts, including the

27  Northern District of California, the Central District of California, and the United

28  States Court of Appeals for the Ninth Circuit.

7.      Mr. Kaufman has extensive experience litigating class actions involving the constitutional rights of immigrants. Mr. Kaufman is currently lead counsel in several class action challenging federal immigration policies in the detention context. *See Gonzalez v. Sessions*, 325 F.R.D. 616 (N.D. Cal. 2018) (ordering class certification in a case challenging the federal government's policy of detaining immigrants for prolonged periods without access to a bond hearing); *Hernandez v. Sessions*, 2016 WL 7116611 (C.D. Cal. Nov. 10, 2016) (ordering class certification in a case challenging immigration officials' failure to consider noncitizens' ability to pay a bond in setting conditions of release); *Alfaro Garcia v. Johnson*, Case No. 4:14-cv-1775-YGR (N.D. Cal. 2014) (ordering class certification in case challenging unlawful delays in detained asylum seekers' cases); *Rodriguez v. Hayes*, 578 F.3d 1032 (9th Cir. 2010) (ordering class certification in case challenging the prolonged detention without a bond hearing of a class of detained immigrants). In 2014, he was named California Lawyer of the Year, along with his co-counsel, for his work on the *Rodriguez* class action litigation. In 2016, he was named California Lawyer of the Year, along with his co-counsel, for his work on the *Alfaro Garcia* class action litigation.

8.      Mr. Kaufman also has extensive working on immigrants' rights cases outside of class actions. For example, he served as co-lead counsel in *Santiago, et. al v. City of Los Angeles*, et. al, Case No. 2:15-cv-08444-BRO (C.D. Cal. 2015) (challenging the seizure and destruction of street vendors' property on constitutional and statutory grounds); lead counsel in *Molina-de La Villa v. Holder*, App. Case No. 12-73462 (9th Cir. 2014) (seeking to establish the right to collaterally attack a removal order based on subsequent judicial decision); lead counsel in *Ali, et al. v. Holder*, et al., Case No. 2:11-cv-4503-AHM-SP (C.D. Cal. 2010) (challenging the revocation of a visa in retaliation for client's exercise of his right to counsel); and counsel in *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach*, 657 F.3d 936 (9th Cir. 2011) (en banc) (striking down ordinance

1  targeting day laborers on First Amendment grounds).

2        9.    My colleague and proposed class counsel Ahilan Arulanantham is

3  Senior Counsel with the ACLU Foundation of Southern California. Mr.

4  Arulanantham is also an experienced class action litigator in the area of

5  immigrants' rights. He has served as lead or co-lead counsel in several class

6  actions, including as lead counsel in a class action lawsuit challenging the

7  prolonged detention of immigrants without bond hearings, *Rodriguez v. Robbins*,

8  804 F.3d 1060 (9th Cir. 2015), *rev'd and remanded, Jennings v. Rodriguez*, 138

9  S.Ct. 830 (2018); co-lead counsel in a class action challenging the lack of

10  appointed legal representatives for immigrants with serious mental disabilities,

11  *Franco v. Holder*, No. 2:10-cv-02211-DMG-DTB (C.D. Cal.), 2011 U.S. Dist.

12  LEXIS 158130 (C.D. Cal. Nov. 21, 2011) (granting class certification) and 2013

13  U.S. Dist. LEXIS 186258 (C.D. Cal. Apr. 23, 2013) (granting permanent

14  injunction ordering the government to provide free legal representation to

15  immigrants with serious mental disabilities); co-lead counsel in a class action

16  against the federal government challenging the use of forcible drugging in

17  effectuating removal orders, *Diouf v. Chertoff*, No. 2:07-3977-TJH-CT (C.D. Cal.

18  2007); lead counsel in a group action challenging the unlawful practice of denying

19  access to counsel for people at immigration interviews, National Lawyers' Guild v.

20  Chertoff, No. 2:08-1000-GW-SH (C.D. Cal. 2008); and co-lead counsel in a class

21  action challenging unlawful conditions of confinement at an immigration detention

22  center in Los Angeles, *Castellano v. Napolitano*, No. 2:09-cv-2281-PA-VBK (C.D.

23  Cal. 2009).

24        10.    My colleague and proposed class counsel, Michelle (Minju) Cho, is an

25  immigrants' rights litigator at the ACLU of Southern California. Ms. Cho

26  graduated from Yale Law School in 2016. After graduation, she clerked for Judge

27  Kim Wardlaw of the Ninth Circuit Court of Appeals and Justice Goodwin Liu of

28  the Supreme Court of California. She worked as a Skadden Fellow in the Impact

Litigation unit of Asian Americans Advancing Justice-Los Angeles for one year, and is now working at the ACLU for the second year of her fellowship. She is a member of the Bar of the State of California, and is admitted to several federal courts, including the Central District of California, the Northern District of California, and the United States Court of Appeals for the Third Circuit.

11.     Ms. Cho has experience working on immigrants' rights cases, including class actions. Currently, she is counsel in *Wagafe v. Trump*, Case. No. 2:17-cv-00094-RAJ (W.D. Wash. 2017) (class action lawsuit challenging a U.S. Citizenship and Immigration Services national security vetting program). While at Advancing Justice-Los Angeles, she was previously counsel in *Chhoeun v. Marin*, Case No. 8:17-cv-01898 (C.D. Cal. 2017) (class action lawsuit challenging ICE's enforcement practices against Cambodian nationals).  She also previously represented immigrants in non-class cases raising complex issues, including *Bhattarai v. Nielsen*, Case No. 3:19-cv-00731 (N.D Cal. 2019) (challenging the termination of Temporary Protected Status for Honduras and Nepal), and *La Clinica de la Raza v. Trump*, Case No. 4:19-cv-04980 (N.D. Cal.) (challenging the promulgation of the Trump administration's new public charge rule).

12.     The ACLU of Southern California has capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, and intends to commit all necessary resources to do so. If appointed class counsel, I will ensure that Mr. Kaufman, Mr. Arulanantham, Ms. Cho and I zealously represent the interests of the class to the best of our collective ability.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13th day of April at Los Angeles, California.

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/Jessica Karp Bansal
JESSICA KARP BANSAL