1   SAMIR DEGER-SEN*
2   samir.deger-sen@lw.com
    WILLIAM M. FRIEDMAN*
3   william.friedman@lw.com
    LATHAM & WATKINS LLP
4   555 Eleventh Street, NW
5   Suite 1000
    Washington, D.C. 20004-1304
6   Tel: 202.637.2200
7   Fax: 202.637.2201
8
    AMANDA BARNETT (SBN 319046)
9   amanda.barnett@lw.com
    JESSIE CAMMACK (SBN 329794)
10  jessie.cammack@lw.com
    LATHAM & WATKINS LLP
11  355 South Grand Avenue, Suite 100
12  Los Angeles, California 90071-1560
    Tel: 213.485.1234
13  Fax: 213.891.8763
14

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

15  Attorneys for Plaintiffs-Petitioners
16  *Pro hac vice application forthcoming

17
18  **UNITED STATES DISTRICT COURT**
    **CENTRAL DISTRICT OF CALIFORNIA**
19  **EASTERN DIVISION**
20

21  KELVIN HERNANDEZ ROMAN,
    BEATRIZ ANDREA FORERO
22  CHAVEZ, MIGUEL AGUILAR
    ESTRADA, on behalf of themselves and
23  all others similarly situated,

24          Petitioners-Plaintiffs,

25  v.

26  CHAD F. WOLF, Acting Secretary, U.S.
    Department of Homeland Security;
27  MATTHEW T. ALBENCE, Deputy
    Director and Senior Official Performing
28  the Duties of the Director, U.S.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:20-cv-00768

**ADELANTO COVID**

**[PROPOSED] ORDER
GRANTING BEATRIZ ANDREA
FORERO CHAVEZ'S EX
PARTE APPLICATION FOR
TEMPORARY RESTRAINING
ORDER**

1   Immigration and Customs Enforcement;  )
    DAVID MARIN, Director of the Los  )
2   Angeles Field Office, Enforcement and  )
    Removal Operations, U.S. Immigration  )
3   and Customs Enforcement; and JAMES  )
    JANECKA, Warden, Adelanto ICE  )
4   Processing Center,  )
                                            )
5                Respondents-Defendants.    )

Upon review of Plaintiff-Petitioner Beatriz Andrea Forero Chavez's Motion for Temporary Restraining Order and Memorandum of Points and Authorities in Support Thereof, Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief, all supporting exhibits and declarations, and any response filed by Defendants, the Court HEREBY FINDS:

1. Plaintiff-Petitioner Beatriz Andrea Forero Chavez is likely to succeed on the merits of her claim that her detention violates the Fifth Amendment's Due Process Clause in light of the exceptional risks posed by COVID-19.

2. Plaintiff-Petitioner Beatriz Andrea Forero Chavez is likely to suffer irreparable harm in the absence of a temporary restraining order, the balance of equities tips in her favor, and a temporary restraining order is in the public interest.

Therefore, Plaintiff-Petitioner Beatriz Andrea Forero Chavez's Motion for Temporary Restraining Order is GRANTED. THE COURT HEREBY ORDERS THAT:

1. Defendants immediately release Plaintiff-Petitioner Beatriz Andrea Forero Chavez. Defendants may establish reasonable conditions of release, including telephonic check-ins and electronic monitoring, pending further proceedings in this case.

2. No security shall be required.

Dated: _____

United States District Court Judge

1