SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID**<br><br>**[PROPOSED] ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED REGARDING PLAINTIFF-PETITIONER BEATRIZ ANDREA FORERO CHAVEZ** |

| | |
|---|---|
| 1 | and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE |
| 2 | Processing Center, |
| 3 | Respondents-Defendants. |

Upon review of Plaintiff-Petitioner Beatriz Andrea Forero Chavez's Motion for Temporary Restraining Order and Memorandum of Points and Authorities in Support Thereof, Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief, all supporting exhibits and declarations, and any response filed by Defendants, the Court HEREBY ORDERS:

1. Defendants are ordered to show cause before this Court why a preliminary injunction should not issue requiring Defendants to allow Plaintiff Beatriz Andrea Forero Chavez to remain released as ordered.
2. The hearing on the order to show cause will be held on _____ at _____.

Dated: _____

United States District Court Judge