SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KELVIN HERNANDEZ ROMAN, MIGUEL AGUILAR ESTRADA, BEATRIZ ANDREA FORERO CHAVEZ, on behalf of themselves and others similarly situated,<br><br>   Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>   Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID**<br><br>**PETITIONERS'-PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>PROPOSED HEARING DATE: APRIL 22, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, on April 22, 2020,[1] or at the nearest available date at which counsel may be heard, Plaintiffs-Petitioners Kelvin Hernandez Roman, Miguel Aguilar Estrada, and Beatriz Andrea Forero Chavez ("Plaintiffs") will, and hereby do, move this Court to grant a preliminary injunction to enjoin Defendants to institute social distancing to maintain six feet between all Adelanto detainees at all times, including by reducing the population of the Facility to a level that permits adequate social distancing.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Plaintiffs have simultaneously filed an Ex Parte Application to Expedite Hearing on this Motion. On April 13, 2020 at 10:13am Plaintiffs informed Assistant United States Attorneys Joanne Osinoff, Daniel Beck, and Hillary Burrelle via email of their intent to file this Motion and inquired about their availability to meet and confer. The United States Attorney's Office informed Plaintiffs that they intend to oppose this motion and were available to confer on April 14, 2020.


DATED: April 13, 2020                    Respectfully submitted,

                                         LATHAM & WATKINS LLP


                                         /s/ Amanda Barnett
                                         AMANDA BARNETT

                                         Counsel for Plaintiffs-Petitioners

---

[1] Plaintiffs have proposed this date in their simultaneously filed Ex Parte Application to Expedite Hearing.

1