SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,

Petitioners-Plaintiffs,

v.

CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,

Respondents-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:20-cv-00768

**ADELANTO COVID**

**DECLARATION OF TODD WILLIAM SCHNEBERK, MD**

## DECLARATION OF TODD WILLIAM SCHNEBERK, M.D.

I, Todd William Schneberk, M.D., hereby declare:

1.      I am a board-certified emergency medicine physician licensed by the State of California.  I have knowledge of the facts set forth herein, and if called as a witness to testify to the facts stated herein, I could and would competently do so under oath.

**Qualifications**

2.      I am an Assistant Professor of Clinical Emergency Medicine, Assistant Residence Program Director, Co-Director of the Keck School of Medicine USC Human Rights Center, and the Director of the Gehr Student Innovator's Program at the Keck School of Medicine of the University of Southern California (USC).  I am an attending physician at the University of Southern California, Department of Emergency Medicine.

3.      I have a Bachelor of Science degree in Biochemistry and a Master of Arts degree in Molecular, Cellular, and Developmental Biology from the University of California–Santa Barbara.  I hold a medical degree from the Pennsylvania State University College of Medicine in 2012, and a Master of Science in Health Policy and Management from the University of California–Los Angeles in 2017.  I completed my residency in emergency medicine at Los Angeles County + University of Southern California (LAC+USC).  I completed a fellowship in research and health policy at the Department of Emergency Medicine at the University of California–Los Angeles.

4.      I have published extensively on topics related to emergency health, including topics related to health and immigrants, asylum seekers, refugees, and prisons.  I have worked in monthly street clinics providing medical care for displaced and disadvantaged persons in Tijuana, Mexico for the last 6 years, providing care for infections and disease related to indigence.  I also perform

forensic evaluations for asylum cases with Physicians for Human Rights on both sides of the border including numerous clients in Tijuana affected by the Migrant Protection Protocols.  In my capacity as Co-Director of the Keck School of Medicine USC Human Rights Center, I perform and supervise forensic asylum evaluations in addition to mentoring students of medical, social work, and public health schools.

5.     I advise the County of Los Angeles Office of Immigrant Affairs and help run a medico-legal partnership connecting Emergency Department patients to immigration legal services.  In November 2019, I provided testimony at a House of Representatives hearing on migration at the U.S. southern border.  Finally, my research and advocacy interests include social determinants of health integration, immigration status as a health barrier, and leveraging the Emergency Department to address upstream factors affecting the health and stability of immigrant populations.   A copy of my curriculum vitae is attached as **Exhibit A**.

6.     I have personally completed and supervised multiple physical and psychological evaluations of detainees at Adelanto ICE Processing Facility in Adelanto, California.  I furthermore have reviewed medical records for cases of migrants in detention and participated in walkthroughs of ICE facilities including Imperial County Detention Center in Calexico, CA.

**COVID-19 is poised to overwhelm our public health systems**

7.     The novel coronavirus, officially known as SARS-CoV-2, causes a disease known as COVID-19.  The virus appears to pass from person to person primarily through respiratory droplets created by coughing, sneezing, or talking, as well as through touching surfaces contaminated by respiratory droplets produced by a sick person.  Based on preliminary data from China, where the virus originated, an infected person transmitted the virus to 2–3 others, and transmission occurred at a distance of 3–6 feet.

8.      Preliminary research also indicates that the coronavirus can survive for up to three hours in the air, up to 24 hours on cardboard, and up to two to three days on plastic and stainless steel. This means that people may acquire the virus through the air or after touching a contaminated object.

9.      COVID-19 is highly communicable.  Due to lack of prior exposure in humans, no one has immunity.  Everyone is at risk of infection because our immune systems have not been exposed to or developed any protections against the virus.  Moreover, because of its incubation period, which is thought to last up to 14 days, often followed by a period of mild symptoms that could be mistaken for an ordinary cold or flu, the virus spreads very rapidly.  Even people who are completely asymptomatic, or pre-symptomatic, can be carriers of the virus. In fact, there is evidence that people are at their *most* contagious during the asymptomatic or pre-symptomatic phase.

10.      This pattern, in combination with the high rate of transmission, means that by the time an outbreak is detectable, the actual number of cases in the community is far higher than it appears.  What looks like hundreds of cases can be thousands; what looks like thousands of cases can be tens of thousands. This means that by the time a COVID-19 case is identified in Adelanto, it will likely be too late to prevent a widespread outbreak among detainees and staff.

11.      As of April 7, 2020, the World Health Organization (WHO) reports that more than 1.2 million cases of COVID-19 in 211 countries, areas, or territories have been confirmed, and nearly 73,000 individuals have died.[1]  In the United States, there are already over 400,000 confirmed cases—the most of any country in the world—and over 12,000 have died.[2]  Yet due to the widespread lack of testing

---

[1] *Coronavirus disease (COVID-19)*, World Health Organization, https://www.who.int/emergencies/diseases/novel-coronavirus-2019 (last updated April 7, 2020) (last accessed April 7, 2020).

[2] *Coronavirus Cases*, Worldometer, https://www.worldometers.info/coronavirus/ (last updated Mar. 29, 2020) (last accessed Mar. 29, 2020).

kits in the U.S. and the significant number of infectious individuals with mild or no symptoms, the number of actual cases in the U.S. is without a doubt much, much higher.

12.     Southern California is now experiencing the fastest rate of new cases in the state, with 7,025 cases confirmed in Los Angeles County as of April 8. Cases in Los Angeles and San Bernardino Counties are doubling every four to five days.[3]

13.     The symptoms of COVID-19 include fever, shortness of breath, and a dry cough.  However, some infectious individuals do not exhibit some or any of these symptoms.  Based on available data, infectious disease experts believe that approximately 20% of all individuals who have COVID-19 will have to be hospitalized due to the severity of their symptoms.[4]  Approximately 5–10% of infected individuals will experience such a dramatic drop in their oxygen levels that they will need to be intubated and placed on ventilators to assist them with breathing.[5]

14.     Certain groups of people are at high risk of serious illness or death if they become infected with COVID-19.  Such groups are disproportionately represented among COVID-19 patients who are hospitalized or intubated because

[3] *See* Rong-Gong Lin II, et. al., Southern California outpacing Bay Area in new coronavirus cases. So where's the peak, April 7, 2020, *available at* https://www.latimes.com/california/story/2020-04-07/california-coronavirus-peak.

[4] Liz Specht, *What does the coronavirus mean for the U.S. health care system? Some simple math offers alarming answers*, STAT (Mar. 10. 2020), https://www.statnews.com/2020/03/10/simple-math-alarming-answers-covid-19/ (reporting that in China, about 15% of patients required hospitalization and 5% required critical care; in Italy, more than half of patients require hospitalization and about 10% require critical care).

[5] Matthew K. Wynia & John L. Hick, *If Covid-19 gets bad, triage will be needed. Are we ready for that*, STAT (Mar. 10, 2020), https://www.statnews.com/2020/03/10/covid-19-gets-bad-are-we-prepared-for-triage/.

of the disease.  These groups include older individuals (50 or older); immunocompromised individuals; and those with chronic diseases, including but not limited to diabetes, asthma, cardiovascular disease, chronic respiratory disease, cancer, hypertension (high blood pressure), and other comorbid conditions.

15.    In my experience, many individuals who suffer from these pre-existing conditions are not aware they have those pre-existing conditions.  This is particularly true for individuals who do not have consistent access to health insurance and healthcare.

16.    Even some younger and healthier people who contract COVID 19 may become extremely sick. The CDC has reported that up to 20% of coronavirus hospitalizations in the United States were of people under 44 and another 18% of hospitalizations were of people aged 45–54.[6]

17.    Some young people who become seriously ill or die from COVID 19 have pre-existing conditions, but many do not. For example, in New York, 36 percent of people between 30 and 39 who have died from the virus had no pre-existing conditions.[7]

18.    Doctors and scientists do not know why some otherwise healthy young people are so susceptible to COVID-19. It appears that certain individuals may be genetically predisposed to more serious COVID-19 infections.

19.    There is also some evidence that exposure to larger viral loads—such as may occur with close, in-person interaction in enclosed spaces, at short

---

[6] See Dr. Sanjay Gupta, The mystery of why the coronavirus kills some young people, CNN, April 6, 2020, available at https://www.cnn.com/2020/04/05/health/young-people-dying-coronavirus-sanjay-gupta/index.html.
[7] See Chris Mooney, et. al., Hundreds of young Americans have now been killed by the coronavirus, data shows, Washington Post, April 8, 2020, available at https://www.washingtonpost.com/health/2020/04/08/young-people-coronavirus-deaths/.

(cont'd)

1  distances—may lead to more serious infection.[8]

2    20. People who become gravely ill from COVID-19 often need to be

3  intubated and placed on a ventilator to have a chance at survival.

4    21. There are about 170,000 ventilators in the entire United States.[9]  A

5  significant proportion of those ventilators are already being used to treat patients

6  with non-COVID-19 critical illnesses, such as heart attacks and trauma.  Therefore,

7  public health officials anticipate that hospital settings will soon be beyond capacity

8  to provide this type of intensive care as COVID-19 continues to spread in

9  communities.

10    22. People who require a ventilator for COVID-19 treatment may suffer

11  lasting health problems. Many will end up with damaged lungs, with the result that

12  any future respiratory illness may be more severe.

13

14  **COVID-19 poses a severe threat to those detained at Adelanto**

15

16    23. Infectious diseases spread rapidly in congregate settings like jails,

17  prisons, and detention facilities, especially disease such as COVID-19, which is

18  passed by respiratory droplets through sneezing and coughing.  In congregate

19  settings, large numbers of people must share eating, hygiene, and sleeping

20  facilities, making the opportunities for transmission correspondingly greater.

21    24. The characteristics that have made cruise ships worldwide such

22  virulent incubators of disease—a closed system where a large number of people

23  ───────────────────

24  [8] *See* Joshua Rabinowitz and Caroline Bartman, These Coronavirus Exposures
Might be the Most Dangerous, New York Times, April 1, 2020, available at

25  https://www.nytimes.com/2020/04/01/opinion/coronavirus-viral-dose.html.

26  [9] Sarah Kliff, et al., *There Aren't Enough Ventilators to Cope With the
Coronavirus*, N.Y. Times (Mar. 18. 2020),

27  https://www.nytimes.com/2020/03/18/business/coronavirus-ventilator-

28  shortage.html.

(cont'd)

are densely confined, and where they share eating, sleeping, and living facilities—similarly make immigration detention centers settings where contagious diseases can, and do, spread extraordinarily quickly.

25.    Adelanto has the capacity to detain more than 1,900 detainees.[10]  It consists of two separate buildings (East and West).

26.    In Adelanto West, people are detained in 16 housing units consisting of 18 cells each. Each cell houses approximately 4 to 8 detainees. The cells that house 4 detainees are small; about 8 feet by 10 feet. In my professional opinion, it would not be possible to achieve adequate social distancing if more than one person was housed in each cell.

27.    In Adelanto East, people are detained in two open bay housing modules containing 7 dormitories, or "pods." Each pod is divided into four quadrants, with 12 sets of double bunks each, and houses up to 96 detainees.  In my professional opinion, it would not be possible to achieve adequate social distancing if more than one person slept in each bunk, if bunks were within less than 8-10 feet of each other (to maintain at least a 6 foot distance even as people are getting in and out of the bunks), or if there were not regular, thorough disinfection of dormitories and common areas multiple times throughout the day.

28.    Detainees in Adelanto share toilets, sinks, and showers with others in their cells and pods, without disinfection after each use.  As is typical in detention

---

[10] My knowledge of Adelanto's capacity and structure are based on my personal experience interviewing detainees at Adelanto, my review of declarations of individuals recently detained at Adelanto, and my review of the following government reports: DHS Office of Inspector General, Management Alert—Issues Requiring Action at the Adelanto ICE Process Center in Adelanto, California, Sept. 27, 2018, *available at* https://www.oig.dhs.gov/sites/default/files/assets/2018-10/OIG-18-86-Sep18.pdf; The California Department of Justice's Review of Immigration Detention in California, Feb. 2019, *available at* https://oag.ca.gov/sites/all/files/agweb/pdfs/publications/immigration-detention-2019.pdf.

environments, food preparation and food service are communal. In my professional opinion, to achieve adequate social distancing and hygiene in communal bathroom and eating facilities, people need to be at least six feet apart at all times, and facilities must be thoroughly disinfected after each use.

29. Moreover, Adelanto detainees face exposure to COVID-19 from the large number of staff who work there. Adelanto staff work in shifts and come in and out of the facility all day. If they become infected with COVID-19 in the community, they may bring the infection inside the facility and shed viral particles for days before they ever begin to exhibit symptoms. In my observations, when guards transport individual detainees within the facility, they stand very close to the individual whom they are transporting and hold their arms. This kind of regular, close proximity greatly increases the chance of contagious disease transmission that social distancing seeks to prevent.

30. The provision of medical care at Adelanto has been inadequate for years. The Office of Inspector General of the Department of Homeland Security has published multiple reports finding that "medical care deficiencies related to providing necessary and adequate care in a timely manner" have persisted for years, and that the "mold and peeling paint on walls, floors, and showers, and unusable toilets" presented health risks to detainees, as such conditions "can lead to serious health issues . . . , including allergic reactions and persistent illnesses."[11]

31. These reports, as well as reports of recent outbreaks of mumps and chicken pox in Adelanto requiring weeks-long quarantines of detainees, strongly indicate that Adelanto is unprepared and ill-equipped to effectively manage a

---

[11] *See, e.g.*, Office of Inspector Gen., U.S. Dep't of Homeland Sec., Report 18-86, Management Alert – Issues Requiring Action at the Adelanto ICE Processing Center in Adelanto, California, at 7 (Sept. 2018), https://www.oig.dhs.gov/sites/default/files/assets/Mga/2018/oig-18-86-sep18.pdf; Office of Inspector Gen., U.S. Dep't of Homeland Sec., Report 19-47, Concerns about ICE Detainee Treatment and Care at Four Detention Facilities, at 8 (June 2019), https://www.oig.dhs.gov/sites/default/files/assets/2019-06/OIG-19-47-Jun19.pdf.

---

1  COVID-19 outbreak in its facility.

2      32.     Delays in access to medical care that already exist at Adelanto in

3  normal circumstances will become worse in an outbreak, especially as guards and

4  medical staff become exposed to or sick from COVID-19 and cannot report to

5  work.  This will make it especially difficult for the facilities to identify any

6  infections and quickly treat those who are infected.

7      33.     The failure to provide individuals with continuation of care or

8  medication for chronic medical conditions unrelated to COVID-19 will result in an

9  increased risk of morbidity and mortality from those chronic conditions.

10     34.     Furthermore, the failure to adequately treat individuals with chronic

11  medical conditions will increase their risk of morbidity and mortality if they

12  become infected with COVID-19.

13     35.     Administrative segregation or solitary confinement is not an effective

14  disease containment strategy.  Beyond the well-known detrimental effects to

15  mental health of solitary confinement, isolation of people who are ill in solitary

16  confinement results in decreased medical attention and increased risk of death.

17  The isolation of ill individuals in solitary confinement cells is an ineffective way to

18  contain the spread of COVID-19 because, absent specialized negative-pressure

19  rooms designed to prevent the flow of air out of a room, air will continue to flow

20  outside of a cell where an ill inmate is held to other parts of the facility, increasing

21  the risk of exposure and infection to all who are detained or work in the facility. In

22  addition, the Adelanto detention facility has a limited amount of segregated

23  housing.  In the event of an outbreak, the number of infected individuals will far

24  exceed the available space in segregation.

25

26  **Immediate release of detainees is essential to preventing the further rapid**

27  **spread of COVID-19 in detention facilities and outside communities**

28     36.     Social distancing is essential to slow the spread of coronavirus, to

---

DECLARATION OF DR. TODD SCHNEBERK                                              9

reduce the risk of infection and the number of patients who will need medical intervention from hospitals and health care providers that are already inadequately prepared and stretched thin. Social distancing requires that individuals maintain at least six feet of distance between each other at all times.

37.     The ability of coronavirus to survive for relatively long periods of time on surfaces means that consistent disinfection of all common areas is also essential to prevent transmission.

38.     Because of the structure and conditions at Adelanto, detainees face a dramatically reduced ability to protect themselves by social distancing than they would in the community, and therefore face a significantly higher risk of being exposed to and infected by contagious diseases like COVID-19.

39.     From a public health perspective, the only effective action to combat COVID-19 at Adelanto that is practically available at this time would be to implement social distancing to prevent the risk to detainees and staff at the facility.

40.     As an emergency medicine physician in Los Angeles, I am caring for patients in the Emergency Department who are either confirmed or presumed to be infected with COVID-19.   At this point, there is widespread community transmission, meaning that the virus is no longer contained and could be present in anyone.  For those who have symptoms consistent with the disease, we strongly advise self-quarantine, knowing that failure to self-isolate leads to even more rapid spread and a trajectory of case numbers that will quickly overwhelm our limited healthcare resources..

41.     We continue to see increasing quantities of confirmed and presumed infected cases coming through our Emergency Department, even while we hear reports daily of a dwindling supply of Personal Protective Equipment.  Every day the number of deaths nationwide continue to increase, as does the quantity of sick patients admitted to hospitals many of which requiring mechanical ventilation and other intensive care resources.  Yet public health data still indicates that the worst

1    is yet to come.

2         42.    We are at the inflection point in the exponential curve. How steep that

3    curve is completely depends on how our community behaves: whether we can

4    identify and disassemble tinderboxes like the Adelanto Detention Center that can

5    precipitate a wildfire of infection that can spread to the surrounding communities

6    from the  infected residential population to the transient worker population and

7    vice versa.  Congregate settings such as Adelanto are nearly impossible to protect

8    in scenarios such as this one, and it will be very difficult irrespective of the amount

9    of sanitation and hygiene practices employed, to prevent spread in such a confined

10   densely populated space.  For all the individuals in detention, this pandemic is a

11   very serious threat to their life.  But it is also a threat to all the staff who work at a

12   detention center and to the communities in which they live.

13        43.    Therefore, it is unequivocally critical to act now—*before* an outbreak

14   in Adelanto occurs.  Each day we wait to act increases the danger of serious illness

15   or death due to COVID-19 for not only detainees and staff at Adelanto, but for

16   millions of southern Californians—indeed, to all Americans—and exacerbates

17   what is already an unprecedented public health emergency in the country and the

18   world.

19        44.    Detainees who fall seriously ill from COVID-19 will need medical

20   care at local hospitals, increasing the risk of infection to the general public and

21   contributing to the wave of patients overwhelming treatment centers' scarce health

22   resources.

23        45.    If authorities wait until an outbreak occurs to release detainees, it will

24   be far too late.  Due to the lag time between COVID-19 transmission and the

25   appearance of symptoms, if authorities wait to release detainees until one person

26   shows outward symptoms of the virus, dozens of detainees and staff already will

27   have been exposed to the virus, and some will be infectious.  From that point, it

28   will be virtually impossible to contain an outbreak in the facility.  Guards and other

---

staff who enter and exit the facility every day will fall ill and risk transmitting the virus to their families and communities. The outbreak will spread like wildfire among detainees who are trapped in the facility in concentrated numbers, quickly devastating the facility's available medical resources.

46.     Based on the pattern of COVID-19 outbreaks in other countries and cities, I expect a dramatic rise in COVID-19 infections in California within the next 2 weeks. Some hospitals will quickly reach their maximum capacity for providing care if the virus's spread continues along its present course. This is especially true in remote areas who may have larger populations than their meager healthcare resources can support. For example, San Bernardino has on average only 230 beds available in intensive care units. Such limited facilities would be quickly overwhelmed.[12] One expert based in southern California called the situation in California "a potential brewing time bomb."[13]

47.     In my opinion, the COVID-19 outbreak in California is going to get much worse before it gets better. The state and the country have already lost precious time to get out in front of this pandemic. There are likely thousands of incubating, currently-symptomatic and asymptomatic COVID-19 cases in the state of California that will dramatically drive up our infection count before we will see the effects of Governor Newsom's March 19, 2020 statewide "stay at home" executive order.[14]

_____

[12] *See* Annie Waldman, et. al., *Are Hospitals Near Me Ready for Coronavirus? Here are Ninth Different Scenarios*, Pro Publica, March 17, 2020 (showing that hospitals in the San Bernardino region lack capacity to handle even a moderate projection of COVID-19 cases).

[13] Anita Chabria, et al., Hospitals bracing for a wave of coronavirus patients, L.A. Times (Mar. 18, 2020), https://www.latimes.com/california/story/2020-03-18/hospitals-are-straining-under-the-coronavirus-the-big-wave-coming-could-break-them.

[14] Gavin Newsom, Executive Order N-33-20, Executive Department State of California (Mar. 19, 2002), available at https://www.gov.ca.gov/wp-

(cont'd)

48.    If detainees are released, they should be given instructions for self-monitoring and self-quarantine and, if they share living quarters with others, self-isolation for 14 days, to ensure that a missed outbreak of COVID-19 within Adelanto is not seeded into the communities to which they go.  These recommendations are consistent with the CDC's recommendations for travelers returning from abroad or from cruise ships.[15]

49.    Detention facilities like Adelanto are critical parts of our broader public health infrastructure.  Protecting the health of individuals who are detained in and work in Adelanto is critical to maintaining the health of the public in San Bernardino County and beyond.

//

//

//

content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-HEALTH-ORDER.pdf.

[15] "Travelers Returning from International Travel," Centers for Disease Control, https://www.cdc.gov/coronavirus/2019-ncov/travelers/after-travel-precautions.html (last accessed Mar. 27, 2020); "Travelers Returning from Cruise Ship and River Cruise Voyages," Centers for Disease control, https://www.cdc.gov/coronavirus/2019-ncov/travelers/returning-cruise-voyages.html (last accessed Mar. 27, 2020).

1    I declare under penalty of perjury of the laws of the State of California and the
2    United States that the foregoing is true and correct.  Executed this 10th day of
     April, 2020 in Los Angeles, California.
3
4
5                                        Todd William Schneberk, M.D.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# CURRICULUM VITAE
## TODD WILLIAM SCHNEBERK, MD, MS, MA
### JANUARY 4, 2020

## PERSONAL INFORMATION:

**Work**

Department of Emergency Medicine
1200 North State Street, Room 1011
Los Angeles, CA 90033
Phone: (323) 226-6667
Fax: (323) 226-6454
Work Email: todd.schneberk@med.usc.edu

**Home**

9630 Rosecrans Ave
Bellflower, CA 90706

Citizenship:  USA

## EDUCATION AND PROFESSIONAL APPOINTMENTS

### EDUCATION:

| | |
|---|---|
| 2003 | Sierra High School, Manteca, CA |
| 2007 | Bachelor of Science, Biochemistry, University of California – Santa Barbara, Santa Barbara |
| 2008 | Master of Arts, Molecular, Cellular, and Developmental Biology, University of California – Santa Barbara, Santa Barbara, CA |
| 2012 | Doctor of Medicine, Pennsylvania State University College of Medicine, Hershey, PA |
| 2017 | Master of Science, Health Policy and Management, University of California – Los Angeles, Los Angeles |

### POST-GRADUATE TRAINING:

| | |
|---|---|
| 2012-2016 | Residency, Emergency Medicine, Department of Emergency Medicine, Los Angeles County + University of Southern California, Los Angeles, CA |
| 2016-2018 | Fellowship, Research and Health Policy, Department of Emergency Medicine, University of California, Los Angeles, Los Angeles, CA |

### ACADEMIC APPOINTMENTS:

| | | |
|---|---|---|
| 2016-2018 | Clinical Instructor (Clinical) | Department of Emergency Medicine, University of California, Los Angeles, Los Angeles, CA |
| 2018-Current | Assistant Professor of Emergency Medicine (Clinical) | Department of Emergency Medicine, Keck School of Medicine of the University of Southern California, Los Angeles, CA |

### CLINICAL APPOINTMENTS:

| | | |
|---|---|---|
| 2016-2018 | Attending Physician | Department of Emergency Medicine, University of California, Los Angeles, Los Angeles, CA |
| 2018-Current | Attending Physician | Department of Emergency Medicine, Keck School of Medicine of the University of Southern California, Los Angeles, CA |

### ADMINISTRATIVE APPOINTMENTS:

| | | |
|---|---|---|
| 2010-2012 | Team Lead | Global Health Scholars Program, Penn State University College Medicine, Hershey, PA |
| 2015-2016 | Chief Resident | LAC+USC Medical Center, Department of Emergency Medicine, Los Angeles, CA |
| 2015-2016 | Assistant Course Director, MEDS 527: Zoonotic Infectious Diseases | Masters in Global Medicine Program, University of Southern California, Los Angeles, CA |
| 2018-2019 | Assistant Course Director, Social Medicine Selective | UCLA David Geffen School of Medicine, Los Angeles, CA |

| 2018-Current | Course Director | Keck School of Medicine of USC, Gehr Center Student Innovators Program, Los Angeles, CA, USA |
| 2018-Current | Assistant Program Director | LAC+USC Emergency Medicine Residency Program, Los Angeles, CA, USA |
| 2019-2020 | Director of Border Health | Keck School of Medicine of USC, Keck Human Rights Clinic, Los Angeles, CA, USA |
| 2019-Current | Co-Director of Keck Human Rights Clinic | Keck School of Medicine of USC, Keck Human Rights Clinic, Los Angeles, CA, USA |

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| 2013-2019 | DEA, FS4450247, California, CA, Active |
| 2013-2019 | Medical Board of California, A127129, CA, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| 2016-2022 | American Board of Emergency Medicine, CA, Active |

### OTHER CERTIFICATIONS OR EXAMINATIONS:

| 2013-Current | Advanced Cardiac Life Support Provider |
| 2013-Current | Advanced Trauma Life Support |
| 2014-Current | Advanced Cardiac Life Support Instructor |
| 2015-2018 | National Ski Patrol, Medical Associate |
| 2015-Current | Pediatric Advanced Life Support |

### HONORS, AWARDS:

| 2007 | Graduation with Distinction | University of California – Santa Barbara, Santa Barbara |
| 2008 | Kienle Humanism in Medicine Award | Kienle Center, Penn State University College of Medicine |
| 2012 | Edward P Schwentker Excellence in Global Health Award | Penn State University College of Medicine |
| 2015 | Stephen Abrahamson Award for Innovation: Best of Cool Ideas | Keck School of Medicine of USC Innovation in Medical Education Conference, Los Angeles |
| 2015-2016 | Chief Resident | LAC+USC Emergency Medicine Residency Program, Los Angeles |
| 2016 | Dhablania and Kim Global Medicine Award | Global Medicine Department, Keck School of Medicine of USC, Los Angeles |
| 2017 | Faculty Teaching Award | UCLA Ronald Reagan/Olive View Residency Program, Los Angeles |
| 2018 | Marshall T. Morgan Humanism in Medicine Award | UCLA Ronald Reagan/Olive View Residency Program, Los Angeles |
| 2018 | Outstanding Abstract Achievement Award | Southern California Dissemination Implementation and Improvement Science Symposium 2018, Los Angeles |

## TEACHING

### DIDACTIC TEACHING:
**University of Southern California Medical and Undergraduate Curriculum**
*Lectures*

| April 2013 | Patient Safety, Quality Assurance, and Improvement | MEDS 220: Preparation for the Clinical Experience | Los Angeles, CA |
| Nov 2013 | Patient Safety: A Case Based Approach | MEDS 220: Preparation for the Clinical Experience | Los Angeles, CA |
| July 2019 | Access to Care for Immigrants | USC Gehr Summer Student Innovators Program | Los Angeles, CA |
| Oct 2019 | Pint and Policy Discussion of Healthcare Infrastructure | USC Keck School of Medicine Health Policy Student Interest Group | Los Angeles, CA |

## LAC+USC Department of Emergency Medicine

*Lectures*

| Jan 2015 | Orthopedics Board Review: Don't Be Basic | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| May 2015 | A Tale of Two Acidities: DKA gets SICK | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Oct 2015 | Wrist Sprain is a Bad Word | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Nov 2015 | Old People Lie: Geriatric Trauma | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Nov 2018 | Buprenorphine: A tool for your Armamentarium in the ED | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Feb 2019 | Ortho Board Review | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Mar 2019 | Lifelong Learning Self Assessment Review Module | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |

*Workshops/ Modules*

| Mar 2013 | Pneumonia and Rib Fractures | LAC+USC Department of Emergency Medicine Journal Club | Los Angeles, CA |
| Sep 2014 | Ebola and the Facts | LAC+USC Department of Emergency Medicine Journal Club | Los Angeles, CA |
| Oct 2015 | Open Mic Wellness Debriefing Session | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Jan 2016 | Open Mic Wellness Debriefing Session | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Mar 2016 | Wellness Session: Coping Techniques | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| May 2016 | Wellness Session: Delivering Bad News | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Sep 2015 | Cadaver Procedure Lab | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Dec 2015 | Cadaver Procedure Lab | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Jan 2016 | EM Student Interest Group Suturing Lab | LAC+USC Department of Emergency Medicine Medical Student Rotation | Los Angeles, CA |

| Feb 2016 | EM Student Interest Group Suturing Lab | LAC+USC Department of Emergency Medicine Medical Student Rotation | Los Angeles, CA |
| Jan 2019 | Mock Oral Boards Practicum | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Mar 2019 | Cadaver Procedure Lab | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Mar 2019 | Wellness Session | LAC+USC Department of Emergency Medicine PGY-1 Module | Los Angeles, CA |
| Apr 2019 | Mock Oral Boards Practicum | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Apr 2019 | Cadaver Procedure Lab | LAC+USC Department of Emergency Medicine Grand Rounds | Los Angeles, CA |

## UCLA Ronald Reagan Department of Emergency Medicine

*Lectures*

| Jan 2017 | Ortho Board Review | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Jun 2017 | Medical Debt: Are we first doing harm? | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Nov 2017 | Leveraging the Role of the Emergency Department for Immigrant Health | International Migration Workgroup, UCLA Department of Sociology | Los Angeles, CA |

*Workshops/Modules*

| Apr 2017 | Mock Oral Boards Practicum | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Jun 2017 | Cadaver Procedure Lab | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Oct 2017 | Mock Oral Boards Practicum | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Oct 2017 | Cadaver Procedure Lab | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |
| Jan 2018 | Cadaver Procedure Lab | UCLA Ronald Reagan/Olive View Department of Emergency Medicine Grand Rounds | Los Angeles, CA |

## CURRICULA DEVELOPMENT

| | | | |
|---|---|---|---|
| 2014-2015 | Development of USC EM Residency Bedside Lecture Curriculum (Created a lecture curriculum and slide sets to enhance bedside teaching and equip resident teachers) | | Keck School of Medicine of USC, Department of Emergency Medicine, Los Angeles, CA, USA |
| 2014-2015 | USC EM Residency Radiograph Reading Curriculum (Curated a database and developed curriculum in Emergency Radiographs to be used in multiple lecture formats, including Hippo EM) | | Keck School of Medicine of USC, Department of Emergency Medicine, Los Angeles, CA, USA |
| 2017-2018 | Social Emergency Medicine Bedside Teaching Curriculum (Created multiple lectures incorporating social determinants of health framework e.g. Immigration, Medical Debt, Trafficking) | | UCLA David Geffen School of Medicine, Department of Emergency Medicine, Social Emergency Medicine Division |

## UNDERGRADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| | | | |
|---|---|---|---|
| 2017-Current | Joseph Friedman | Medical Student | Co-Authored "Assessment of Racial/Ethnic and Inco Disparities in the Prescription of Opioids and Other Controlled Medications in California" |
| 2017-Current | Telma Menendez | Graduate Student | Co-Authored multiple abstracts and presentations in numerous forums, outline a project engaging ED patients in a medical legal partnership to address immigration status |
| 2019-Current | Ariana Rodriguez | Medical Student | Mentored for Gehr Summer Scholars Program and Co-Authored Abstract in Completion of Required Scholarly Project |
| 2019-Current | Gabriel Padilla | Medical Student | Mentor for Dean's Research Project studying effectiveness of resident social EM curriculum |

## POSTGRADUATE MENTORSHIP:

| 2016-2018 | Brian Raffetto, MD, MPH | Resident Physician | Co-authored "The Supply of Prescription Opioids: Contributions of Acute Care Prescribers and High Quantity Prescribers" and multiple abstracts |
| 2016-2018 | David Kim, MD, MPH | Resident Physician | Co-authored "The Supply of Prescription Opioids: Contributions of Acute Care Prescribers and High Quantity Prescribers" and multiple abstracts |
| 2013-2016 | Shamsher Samra, MD, MPhil | Resident Physician | Co-Authored "Utilizing the Unique Role of the Emergency Department to Improve Care for the Undocumented" and Social EM textbook chapter "Immigration as a structural barrier to health" |
| 2018-Current | Kelsey Ford, MD | Resident Physician | Co-Authored abstract "Emergency Department Conduit to Connect Uninsured and Undocumented Patients to Insurance Enrollment and Legal Resources" and provided mentorship with Health Administrative Scholars Project |
| 2018-Current | Elias Bench, MD | Resident Physician | Co-Authored abstract "Implementation of an Emergency Department to Buprenorphine-based Medication Assisted Therapy protocol at LAC+USC Medical Center" and provided mentorship through Health Administrative Scholars Project |
| 2018-2019 | Julia Hellman, MD | Resident Physician | Mentored in the development of multiple social emergency medicine projects and several abstracts including, "Emergency Department Initiation of Medication Assisted Therapy with Buprenorphine in a County Safety Net Hospital" |
| 2018-2019 | Andrew Herzik, MD | Chief Resident | Mentored in the recruitment of the LAC+USC EM Residency Class of 2023 |
| 2018-2019 | Nicholas Saade, MD | Chief Resident | Mentored in the recruitment of the LAC+USC EM Residency Class of 2023 |
| 2018-2019 | Nicholas Orozco, MD | Resident Physician | Mentored in the development of resident social EM curriculum, and his role in the residency as community engagement chair and ACEP abstract "Implementing a Community Engagement Program for Residents at an Urban Emergency Department" |
| 2016-2018 | William Bruno, MD, MPH | Resident Physician | Mentored in the creation of Op-ed for Project Syndicate "A Medical Assessment of Trump's Asylum Policy" |
| 2016-2018 | Emily Johnson, MD, MPH | Resident Physician | Mentored in a longitudinal project to expanded medication assisted treatment to ED patients resulting in multiple abstracts, and NIDA-EMF mentor grant |
| 2018-2019 | Madeline Ross, MD | Resident Physician | Mentored in the creation of Op-ed on Physicians for Human Rights blog "A Deadly Prescription: the U.S. 'Remain in Mexico' Policy" |
| 2018-2019 | Michael Perez, MD | Chief Resident | Mentored in Quality Improvement Project connecting ED patients to insurance enrollment and legal aid |
| 2019-Current | Molly Grassini, MD | Resident Physician | Mentored resident in creation of a carceral elective for Emergency Medicine residents |
| 2018-2019 | Ryan Colby Passaro, MD, MPH | Resident Physician | Co-authored abstract "Healthcare Utilization and Payment Types among Latinx Patients of Los Angeles County in the Context of Federal Anti-immigration Policy" |

## SERVICE

**DEPARTMENT SERVICE:**

| 2012-2015 | Resident Representative, Emergency Medicine Residency Program Graduate Medical Education Committee | LAC+USC Department of Emergency Medicine, LAC+USC Medical Center |
| 2014-2016 | Leader, International Emergency Medicine Track | LAC+USC Department of Emergency Medicine, LAC+USC Medical Center |
| 2015-2018 | Co-Founder and Director | Mountain High-Ski Patrol-Emergency Medicine Collaboration, LAC+USC Department of Emergency Medicine |
| 2016-Current | Affiliated Faculty, Section for International and Domestic Health Equity and Leadership | UCLA Ronald Reagan Department of Emergency Medicine |
| 2017-2018 | Member, Clinical Competency Committee | UCLA Ronald Reagan Department of Emergency Medicine |
| 2018-Current | Member, Emergency Medicine Residency Program Graduate Medical Education Committee | LAC+USC Department of Emergency Medicine, LAC+USC Medical Center |
| 2018-Current | Member, USC Institute for Addiction Science | University of Southern California |
| 2018-Current | Member, Clinical Competency Committee | LAC + USC Department of Emergency Medicine, LAC+USC Medical Center |
| 2019-Current | Chair, Clinical Competency Committee | LAC + USC Department of Emergency Medicine, LAC+USC Medical Center |

## MEDICAL SCHOOL SERVICE:

| 2018-Current | Member, Keck Human Rights Clinic Faculty Asylum Evaluator | Keck School of Medicine of USC |
| 2019-Current | Faculty, Gehr Center for Health Systems Science | Keck School of Medicine of USC |
| 2019-Current | Faculty Advisor, Keck for Community Action Student Interest Group | Keck School of Medicine of USC |

## PROFESSIONAL SERVICE:

| 2013-2015 | Delegate and Candidate for Southern California Regional Vice President | Committee of Interns and Residents Union (CIR) |
| 2015-2017 | Co-Founder, Cross-Border Emergency Medicine Educational Interchange | LAC+USC EM Educational Partnership with Hospital No. 20 EM Residency in Tijuana, MX |
| 2017-Current | Member, Social Emergency Medicine Section | American College of Emergency Physicians (ACEP) |
| 2017-Current | Member, Social Emergency Medicine Section Nominating Committee | American College of Emergency Physicians (ACEP) |
| 2018-Current | Steering Committee Member | Los Angeles County Office of Immigrant Affairs |
| 2018-Current | Member, Social Emergency Medicine Research Committee | Society for Academic Emergency Medicine (SAEM) |
| 2018-Current | Member, Social Emergency Medicine Advocacy Committee | Society for Academic Emergency Medicine (SAEM) |
| 2019-Current | Member, County Program Community of Practice Committee | Council of Emergency Medicine Residency Directors (CORD) |

## PROFESSIONAL SOCIETY MEMBERSHIPS:

| 2017-Current | Society for Academic Emergency Medicine (SAEM) |
| 2018-Current | American College of Emergency Physicians (ACEP) |
| 2018-Current | Council of Emergency Medicine Residency Directors (CORD) |

## COMMUNITY SERVICE:

| 2009-2011 | Board Member | Lioncare Student Clinic | Coordinated the student run clinic caring for indigent patients in Harrisburg, PA |
| 2011-2012 | Member | Migrant Health Outreach Committee, EMERGENCY International Organization:US Division | Developed plan for a mobile clinic to provide care to farmworkers in CA Central Valley |
| 2014-2016 | Steering Committee Member and Volunteer Physician | Healing Hearts Across Borders (HHAB) | Los Angeles based NGO providing clinical care in destitute areas of Tijuana, Mx |
| 2014-Current | Co-Director | Tijuana Wound Clinic (Clinica Heridas) | Community partnered monthly harm reduction clinic serving PWID and indigent border population |
| 2016-Current | Steering Committee Member | Southern California Physicians for Health Equity (SCOPHE) | Los Angeles physician group committed to advocate for policy to protect patients |
| 2017-Current | Board Member | Campaign to End Medical Debt | Los Angeles based consortium to create awareness and research around medical debt |
| 2018-Current | Committee Member, Rapid Response Action Network | Coalition for Humane Immigrant Rights of Los Angeles | Voluntary Committee Member advising immigrant support network from healthcare perspective |

# RESEARCH AND SCHOLARSHIP

## MANUSCRIPT REVIEW:
| 2019-Current | Annals of Emergency Medicine |
| 2019-Current | British Medical Journal Open |

## MAJOR AREAS OF RESEARCH INTEREST
Research Areas

1. Social Emergency Medicine
2. Prescription Opioid Use and the Role of Emergency Medicine
3. Immigration as a Structural Barrier to Health

## GRANT SUPPORT - CURRENT:
Grant No. (PI) Todd Schneberk                    Dates of Award: 12/1/2019-12/30/2020

Agency: NIDA-EMF Mentored Training Award        Percent Effort: 1%

Title: Increasing Comprehensive Opiate Use Disorder Care in an Academic Emergency Medical Center: An Implementation Science Approach
Description: Increasing access to Medication Assisted Treatment from the ED
Role: PI

                                                Dates of Award: 07/1/2019-6/30/2024

Grant No. (PI) Daniella Meeker
Agency National Institute of Aging RFA-AG-19-007  Percent Effort: 1%

Title: Roybal Center for Behavioral Interventions in Aging
Description: Behavioral Interventions to Reduce Opioid Prescribing
Role: Co-I

## GRANT SUPPORT - PAST:

Grant No. (PI): Schneberk                          Dates of Award: FY 2015-2016

Agency: Dhablania and Kim Global Medicine Grant     Percent Effort: NA

Title: Tijuana Community Partnered Project
Description:
Role: PI
Total Direct Costs: 4000

Dates of Award: 2008-2011

Grant No. (PI): Schneberk
Agency: Kienle Center Global Health Grant          Percent Effort: NA

Title: An Assessment of Diarrheal Disease in San Pablo, Ecuador
Role: PI
Total Direct Costs: 1000


### INVITED LECTURES, SYMPOSIA, KEYNOTE ADDRESSES

| | | |
|---|---|---|
| Oct 10, 2017 | Emergencias Comunes | Promatora Meeting of San Fernando Valley Providence Medical Group, San Fernando Valley, CA |
| May 4, 2017 | Immigration as a Social Determinant of Health | All LA Emergency Medicine Conference, LAC+USC Medical Center, Los Angeles, CA |
| Dec 15, 2017 | Medicolegal Challenges for New Immigrants Panel (Moderator) | Health Equity for Immigrant Families Summit. The Wellness Center at LAC+USC, Los Angeles, CA |
| Feb 12, 2018 | Administration and Management Abstract Presentations (Moderator) | Society for Academic Emergency Medicine Western Regional Meeting, Albuquerque, NM |
| Feb 12, 2018 | Radiology Abstract Presentations (Moderator) | Society for Academic Emergency Medicine Western Regional Meeting, Albuquerque, NM |
| Feb 24, 2018 | Stranded at la Frontera: Migration, Deportation, and Poor Health Outcomes | University of California Santa Barbara, Seminar in Underserved Medicine INT 75, Santa Barbara, CA |
| Nov 3, 2018 | Immigration, Border Imperialism and Health | University of California Los Angeles David Geffen School of Medicine, Introduction to Social Medicine Selective, Los Angeles, CA |
| Jan 24, 2019 | Prisons and Punishment: Punitive Policies Harm Asylum Seekers and Immigrants in California | Human Rights First Immigration and Detention Panel, The Law Offices of Morgan Lewis, Los Angeles, CA |
| Mar 8, 2019 | Migration and the Need for an Interdisciplinary Response | Consortium of Universities for Global Health Annual Conference, Plenary Session, Chicago, IL |
| Mar 28, 2019 | Building Bridges: Improving Healthcare Access for Immigrants in the US | University of Southern California Immigrant Health Initiative Event, Los Angeles, CA |
| Apr 17, 2019 | Immigration Health, Border Health, and the Asylum Process | Harbor-UCLA Health Equity Lecture Series, Harbor-UCLA Medical Center, Los Angeles, CA |
| May 9, 2019 | Immigration as a Social and Structural Determinant of Health | All LA Emergency Medicine Conference, LAC+USC Medical Center, Los Angeles, CA |
| Aug 14, 2019 | Border Health and Opportunities for Engagement | Keck Human Rights Clinic Interest Group Lunch Talk, Keck USC School of Medicine, Los Angeles, CA |
| Sep 17, 2019 | Career in Advocacy Panel | Keck SOM Protect our Patients Interest Group Lunch Talk, Keck USC School of Medicine, Los Angeles, CA |
| Sep 17, 2019 | Health Undocumented, a film screening and panel | USC Institute on Inequities in Global Health, Keck USC School of Medicine, Los Angeles, CA |

| Sep 23, 2019 | Immigration and Health | Introduction to Social Medicine Selective, UCLA David Geffen School of Medicine, Los Angeles, CA |
| Oct 28, 2019 | Immigration, Refugee Health, Trafficking, Language Justice Discussion Leader | ACEP Social Emergency Medicine Community Building Event, ACEP National Meeting, Denver, CO |
| Oct 29, 2019 | Social Emergency Medicine Simulation Debrief Leader "A case of more than meets the eye" | InnovatED Emerency Medicine Simulation, ACEP National Meeting, Denver, CO |
| Nov 19, 2019 | House of Representatives Congressional Testimony: House Hearing on Migration at the US Southern Border | United States House of Representatives, Capitol Hill, Washington DC |

### INVITED GRAND ROUNDS, CME LECTURES

| May 10, 2018 | An Immigration Medicolegal Conduit in the Emergency Department: Implementation Science Perspective | UCLA Department of Emergency Medicine Resident Conference, Los Angeles, CA |
| Aug 12, 2019 | Health Disparities in Global Settings | Keck USC Division of Global Emergency Medicine Global Health Primer Course |
| Aug 12, 2019 | Global Health Hacks, Hands on Skills Stations | Keck USC Division of Global Emergency Medicine Global Health Primer Course |

## PUBLICATIONS:

### REFEREED JOURNAL ARTICLES:

Miserez A, Schneberk T, Sun C, Zok FW, and Waite JH, (28 March 2008), The Transition from Stiff to Compliant Materials in Squid Beaks. *Science*, 319 (5871), 1816.
*Data Collection and Primary Author*

Miserez A, Weaver JC, Pedersen PB, Schneberk T, Hanlon RT, Kisailus D, and Birkedal H, (2009), Nanostructured Materials: Microstructural and Biochemical Characterization of the Nanoporous Sucker Rings from Dosidicus gigas. *Advanced Materials*. 2009 Jan;26. 21, (9).
*Data Collection and Secondary Author*

Schneberk T, Sterling GP, Valenzuela R, Mallon WK: *HOT WAX:* Prehospital Ramifications of Butane Hash Oil Synthesis and Use. *Journal of Emergency Medical Services*. 2015 Sep; 40(9):44-7, 52.
*Principal Investigator and Primary Author*

Wagner JG, Schneberk T, Zobrist M, Hern HG, Jordan J, Boysen-Osborn M, Menchine M. What predicts performance? A multicenter study examining the association between resident performance, rank list position, and United States Medical Licensing Examination Step 1 scores. *Journal of Emergency Medicine.* 52: 332-340, 2017. PMID: 27955983
*Literature Review and Primary Author*

Schneberk T, Raffetto B, Kim D, Schriger DL. The Supply of Prescription Opioids: Contributions of Acute Care Prescribers and High Quantity Prescribers. *Ann Emerg Med*. 2018 Jun;71(6):668-673.e3. Pubmed PMID: 29275945
*Principal Investigator and Primary Author*

Friedman J, Kim D, Schneberk T, Bourgois P, Shin M, Celious A, Schriger DL. Assessment of Racial/Ethnic and Income Disparities in the Prescription of Opioids and Other Controlled Medications in California. *JAMA Intern Med.* 2019;179(4):469–476. doi:10.1001/jamainternmed.2018.6721
*Data Analysis and Primary Author*

Saadi A, Cheffers ML, Taira B, Trotzky-Sirr R, Parmar P, Samra S, Morrison JL, Shah S, Schneberk T. Building Immigration-Informed, Cross-Sector Coalitions: Findings from the Los Angeles County Health Equity for

Immigrants Summit. *Health Equity*. 2019 Aug 23;3(1):431-435. doi: 10.1089/heq.2019.0048. PMID: 31448353; PMCID: PMC6707036.
*Co-Investigator and Primary Author*

Samra S, Taira BR, Pinheiro E, Trotzky-Sirr R, Schneberk T. Undocumented Patients in the Emergency Department: Challenges and Opportunities. *West J Emerg Med*. 2019 Aug 12;20(5):791-798. doi: 10.5811/westjem.2019.7.41489. PMID: 31539336; PMCID: PMC6754205.
*Co-Investigator and Primary Author*

Schneberk, T. and R. J. Cooper (2019). "Reflections: A Social Emergency Medicine Call to Arms: Promoting the Adoption of Social Emergency Medicine Practices." <u>Ann Emerg Med</u> **74**(5s): S17-s18.
*Primary Author*

## REFEREED JOURNAL ARTICLES (UNDER REVIEW):
Schneberk T, Raffetto B, Friedman J, Wilson A, Kim D, Schriger DL: Prescription Patterns of Doctor Shoppers: Implications for Emergency Providers. *Plos One.* Submitted Jan 6, 2020

Friedman J, Schneberk T, Calderon A, Bourgois P, Samra S, Braslow J, Schriger DL. "Assessing the Medicaid Provision and Neighborhood Characteristics of Non-Profit Hospitals in California." JAMA. Submitted Dec 9, 2019

## REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:
Schneberk T. Lunate and Perilunate Dislocations: Pick These Up on Initial Presentation! In: *Avoiding Common Errors in the Emergency Department, 2nd Ed*, Mattu A, Chanmugam AS, Swadron SP, Woolridge D, Winters M. (eds), 2017, Ch. 294 pp 80-83.

Wheaton N, Analgesia Stewardship. *Foundations III Emergency Medicine Curriculum.* Expert content provided by: Schneberk T; Hurley B, Herring A, Celmins L, Bosma AJ.

Schneberk T, Cooper RJ. (2018). Dialysis in Undocumented Patients: Death on the Doorstep of the Emergency Department: May 2018 Annals of Emergency Medicine Journal Club. Annals of Emergency Medicine. 71. 650-651. 10.1016/j.annemergmed.2018.03.019.

## REFEREED REVIEWS, CHAPTERS, AND EDITORIALS (IN PRESS):
Schneberk T, Samra S. Immigration Status as a Social and Structural Determinant of Health *Textbook of Social Emergency Medicine*. Chapter Submitted May 2019.

## REFEREED ON-LINE PUBLICATIONS:
Cheffers M, Schneberk T, Torres-Ness C, Bowman A: Assessing Needs: Are You Asking the Right Questions? *Emergency Physicians International*. 2015 Dec; 239 http://www.epijournal.com/articles/239/assessing-needs-are-you-asking-the-right-questions

Joseph M, Lindsey J, Stuart R, Paetow G, Wojtal N, Cohen V, Gopalsami A, Schneberk T, Patel S, Sheehy M, Landry A, Joshi N, Lin M, Gisondi M. Dear Residents: 10 Things Your New Chiefs Want You to Know. *Academic Life in Emergency Medicine*. 2015.

## CLINICAL COMMUNICATION: (CASE REPORTS, LETTERS)
Schneberk, T & Newton, EJ. (2015). Herpes Zoster Ophthalmicus Extending to the Palate. *The Western Journal of Emergency Medicine*. 16. 169. 10.5811/westjem.2014.11.24188. PMCID: PMC4307708 PMID: 25671033

## NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:
Milne K, Harrison D, Berdahl C, Schneberk T. (2016, Jan 17). Call me maybe for bystander CPR. *Skeptics Guide to Emergency Medicine Blog*, Episode #143. Retrieved from http://thesgem.com/

Parmar P, Schneberk T: Los Angeles Doctors Speak Out About Migrant Caravan: "We Swore an Oath to Protect Human Life" *Physicians for Human Rights Blog*. 2018, Dec 17. https://phr.org/resources/los-angeles-

doctors-on-migrant-caravan-we-swore-an-oath-to-protect-human-life/

Bruno W, Schneberk T: A Medical Assessment of Trump's Asylum Policy. *Project Syndicate.* 2019, Oct 4. https://www.project-syndicate.org/commentary/doctors-assess-trum-asylum-policy-by-william-bruno-and-todd-schneberk-2019-10?barrier=accesspaylog

Ross M, Schneberk T: A Deadly Prescription: the U.S. "Remain in Mexico" Policy. *Physicians for Human Rights Blog.* 2020, Jan 7. https://phr.org/our-work/resources/a-deadly-prescription-the-u-s-remain-in-mexico-policy/

## ABSTRACTS AND PRESENTATIONS:

Boley S, Pennay C, Galovic B, Gleeson S, Koo P, Schneberk T, Fredrick B, Groh B, Lengerich E.  The Challenges and Lessons of Brief Foreign Medical Trips to San Pablo, Ecuador.  Unite For Sight Global Health & Innovations Conference, April 2010; New Haven, Connecticut.

Galovic B, Schneberk T, Boley S, Pennay C, Gleeson S, Koo P, Fredrick B, Groh B. Characterizing the Community Experience of Diarrheal Disease in San Pablo, Ecuador. Unite For Sight Global Health & Innovations Conference, April 2011; New Haven, Connecticut.

Boley S, Schneberk T, Galovic B, Koo P, Pennay C, Gleeson S, Fredrick B, Groh B. An Assessment of Diarrheal Disease in San Pablo, Ecuador. Global Health Education Consortium 2011 Global Health Conference, Montreal, Canada.

Schneberk T, Sterling G, Valenzuela R, Mallon WK. A Little Dab Will Do Ya, An Emergency Department case series related to a new form of high potency marijuana known as wax. ACEP 2014 Scientific Assembly, Chicago, Illinois. Ann Emerg Med 2014;64:S139 [390].

Schneberk T, Montano M, Eads A, Plantmason L, Wagner J: Open access resident-driven resource for new resident teachers. CORD Academic Assembly 2015, Phoenix, AZ. West JEM 2015;16:S4.1 [51].

Montano M, Schneberk T, Raam R, Plantmason L, Eads A, Wagner J, Tabatabai R: At the bedside: Developing a resource for new resident teachers and exploring its impact. ACEP Academic Assembly 2015, Boston, MA. Ann Emerg Med 2015;66:S61 [171].

Tabatabai R, Rose E, Berdahl C, Schneberk T, Jain A, Luu A, Musser B, Hellman J, Osterman J: Resident Physician Wellness and Burnout Prevention Curriculum. Innovations in Medical Education Conference, Los Angeles, CA February 2016.

Wagner J, Schneberk T, Camilon M, Hern G, Jordan J, Osborn M, Menchine M: What predicts resident performance?: A multi-center study examining the association between resident performance, rank list position, and USMLE scores. CORD Academic Assembly 2016, Nashville, TN. West JEM 2016;16:S36 [60].

Wagner J, Schneberk T, Camilon M, Hern G, Jordan J, Osborn M, Menchine M: What predicts resident performance?: A multi-center study examining the association between resident performance, rank list position, and USMLE scores. SAEM Western Regional Meeting 2016, Marina Del Rey, CA.

Cheffers M, Wang J, Okada A, Schneberk T: Determinants of Health Among the Border Population in three Neighborhoods of Tijuana, Mexico. CUGH 7th Annual Global Health Conference 2016, San Francisco, CA.

Schneberk T, Inkelas M, Hellman J, Menendez T, Morrison J, Wei E, Trotzky-Sirr R: Medico-Legal Pathway from a County ER to Address Uninsured and Undocumented Status. Southern California Dissemination Implementation and Improvement Science Symposium 2017, Los Angeles, CA.

Schneberk T, Raffetto B, Kim D, Schriger DL: "Doctor Shoppers" and "Drug Seekers," Are These the Drivers of the Opioid Crisis? A Closer Look at Prescription Patterns Amongst a High-risk Cohort in the CURES Database Would Suggest Otherwise. Society for Academic Emergency Medicine Academic Assembly 2017, Orlando, FL.

Raffetto B, Schneberk T, Kim H: Utility of Ultrasound Among Patients with Right Lower Quadrant Pain in a Large Urban Safety Net Emergency Department. Society for Academic Emergency Medicine Academic Assembly 2017, Orlando, FL.

Schneberk T, Raffetto B, Kim D, Schriger DL: Demographic Characteristics of High Risk Prescription Opioid Users May be Linked to Prescribing.  Academy Health Annual Research Meeting 2017, New Orleans, LA.

Schneberk T: Panel Discussant, Reversing the Tide: Tracking and Responding to Opioid Misuse.  Academy Health Annual Research Meeting 2017, New Orleans, LA.

Schneberk T, Menendez T, Trotsky-Sirr R, Cheffers M, Inkelas M, Morrison J: Leveraging the Emergency Department to Build a Medicolegal Conduit for Uninsured and Undocumented Patients. Society for Academic Emergency Medicine Western Regional Meeting 2018, Albuquerque, NM.

Trotsky-Sirr R, Schneberk T, Menendez T, Morrison J: Medical Legal Pathways to Health Equity. Beyond Flexner Conference 2018: Community, Diversity and Equity, Atlanta, GA.

Acharya H, Samra S, Schneberk T, Ogunniyi A, Hsieh D, Taira B: A Novel Social Emergency Medicine Curriculum For Bedside Education. Beyond Flexner Conference 2018: Community, Diversity and Equity, Atlanta, GA.

Schneberk T, Morrison J, Cheffers M, Menendez T, Hellman J, Samra S, Trotsky-Sirr R: Creation of a novel medico-legal conduit to assist undocumented individuals presenting to the Emergency Department to address immigration legal needs. Society for Academic Emergency Medicine National Meeting 2018, Indianapolis, IN.

Schneberk T, Menendez T, Trotsky-Sirr R, Cheffers M, Inkelas M, Morrison J: Leveraging the Emergency Department to Build a Medicolegal Conduit for Uninsured and Undocumented Patients. Society for Academic Emergency Medicine National Meeting 2018, Indianapolis, IN.

Samra S, Schneberk T, Hsieh D, Taira B: Undocumented Patients in the Emergency Department: We Can Do Better (Didactic Session). Society for Academic Emergency Medicine National Meeting 2018, Indianapolis, IN.

Cheffers M, Schneberk T, Tovar-Hirashima E, Torres-Ness C, Gonzalez-Zuniga P: Barriers to harm reduction among persons who inject drugs at the US-Mexico border: building bridges, not walls. International Conference of Emergency Medicine 2018, Mexico City, Mexico.

Schneberk T, Morrison J, Menendez T, Ford K, Inkelas M, Trotzky-Sirr R: Emergency Department Conduit to Connect Uninsured and Undocumented Patients to Insurance Enrollment and Legal Resources. Southern California Dissemination Implementation and Improvement Science Symposium 2018, Los Angeles, CA.

Bench E, Trotsky-Sirr R, Moore E, Schneberk T: Implementation of an Emergency Department to Buprenorphine-based Medication Assisted Therapy protocol at LAC+USC Medical Center. Southern California Dissemination Implementation and Improvement Science Symposium 2018, Los Angeles, CA.

Morrison, JL, Schneberk T, Menendez T, Trotzky-Sirr R, Addressing health disparities for undocumented Emergency Room patients through a Navigator program linking to community-based organizations. Academy of Health Annual Research Meeting Pre-Conference. June 2018, Seattle, WA.

Cheffers M, Schneberk T, Tovar-Hirashima E, Torres-Ness C, Samra S, Gonzalez-Zuniga P: Barriers to harm reduction among persons who inject drugs at the US-Mexico border: building bridges, not walls. American Public Health Association Annual Meeting. Nov 2018, San Diego, CA.

Hellman J, Bench E, Trotsky-Sirr R, Moore E, Buckingham C, Schneberk T: Emergency Department Initiation of Medication Assisted Therapy with Buprenorphine in a County Safety Net Hospital. Society for Academic Emergency Medicine Western Regional Meeting 2019, Napa, CA.

Orozco N, Tabatabai R, Schneberk T: Implementing a Community Engagement Program for Residents at an Urban Emergency Department. American College of Emergency Physicians National Meeting 2019, Denver, CO.

### MEDIA AND TELEVISION APPEARANCES:

November 19, 2019, Congressional House Hearing on Migration at the US Southern Border, C-SPAN