| | |
|---|---|
| SAMIR DEGER-SEN* <br> samir.deger-sen@lw.com <br> WILLIAM M. FRIEDMAN* <br> william.friedman@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW <br> Suite 1000 <br> Washington, D.C. 20004-1304 <br> Tel: 202.637.2200 <br> Fax: 202.637.2201 <br><br> AMANDA BARNETT (SBN 319046) <br> amanda.barnett@lw.com <br> JESSIE CAMMACK (SBN 329794) <br> jessie.cammack@lw.com <br> LATHAM & WATKINS LLP <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, California 90071-1560 <br> Tel: 213.485.1234 <br> Fax: 213.891.8763 | AHILAN ARULANANTHAM <br> (SBN 237841) <br> aarulanantham@aclusocal.org <br> MICHAEL KAUFMAN <br> (SBN 254575) <br> mkaufman@aclusocal.org <br> JESSICA KARP BANSAL <br> (SBN 277347) <br> jbansal@aclusocal.org <br> MICHELLE (MINJU) CHO <br> (SBN 321939) <br> mcho@aclusocal.org <br> ACLU Foundation of Southern California <br> 1313 West 8th Street <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-9500 |

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center, <br><br> Respondents-Defendants. | Case No. 5:20-cv-00768 <br><br> **ADELANTO COVID** <br><br> **DECLARATION OF CHRISTINA AVALOS** |

# DECLARATION OF CHRISTINA AVALOS

I, CHRISTINA AVALOS, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a Skadden Fellow and Staff Attorney at the Coalition for Human Immigration Rights (CHIRLA). CHIRLA is a 501(c)(3) non-profit immigrants' rights organization.

3. In my capacity as Skadden Fellow/Staff Attorney at CHIRLA, I represent clients in immigration court, state court, and before United States Citizenship and Immigration Services. I received a B.A. from UC Berkeley. I received my J.D. from UCLA School of Law. I was admitted to the State Bar of California in 2019 (SBN 329043).

4. I submit this declaration in support of a petition for a writ of habeas corpus and motion for temporary restraining order based on the risk of serious illness and death that my client Beatriz Andrea Forero Chavez and others in Adelanto face due to the current COVID-19 pandemic.

**Beatriz Andrea Forero Chavez**

5. I represent Beatriz Andrea Forero Chavez in her administrative removal proceedings before the Executive Office of Immigration Review (EOIR). I have been representing Beatriz since February 10, 2020.

6. This declaration is based on my personal knowledge from representing Beatriz in her removal proceedings, and my review of and the documents pertaining to her immigration case.

7. Beatriz is detained in the Immigration and Customs Enforcement ("ICE") Detention Center in Adelanto, California. She has been detained in Adelanto since September 6, 2019.

8. Beatriz is 31 years old and a citizen of Colombia. She was a vocal supporter of women's rights in Colombia and faced emotional, mental, physical, and sexual abuse from her ex-partner and others as a result. In 2019, she fled to the United States to seek asylum. In September 2019, an asylum officer found that she has a credible fear of returning to Colombia.

9. Beatriz was recently diagnosed with human papilloma virus (HPV), with possible precancerous cells detected. She has also been diagnosed with hypertension, anxiety, and depression, for which she takes medication.

10. Beatriz has never been charged with or convicted of any crime, in the United States or any other country.

11. Beatriz has told me that she is scared that she will contract COVID-19 and become ill if she remains detained in Adelanto. She reports that no precautions are being taken by the guards for themselves or the detainees. She also mentioned that a few days ago there was a death in men's side of the facility. Another detainee, who had severe headaches for several days, began convulsing on the floor and no one did anything until the convulsions stopped and the detainee was still. Then a person in a hazmat suit came and took the detainee away. Beatriz was very distraught by seeing this. She told me that she is worried about her own severe headaches. The nurses only prescribed ibuprofen, but it is not enough to make her headaches subside. She is also not receiving medication for her hypertension.

12. On April 2, I submitted a humanitarian parole request for Beatriz. I asked that ICE release her to protect her from the dangers posed by the COVID-19 pandemic. As of April 10, I have not received a response to my request.

13. I talked to Beatriz about what it means to be a class representative. She understands she represents a class of all people detained at Adelanto. She knows she represents the interests of all members of the class, not just herself. She knows she needs to keep up to date with the case and giver her lawyers any

information they may need. She wants to be a class representative because she feels everyone in Adelanto is in danger from corona virus and wants to help protect them.

14. If released, Beatriz will live with her U.S. citizen sponsor, Marlene Monroy, in Ontario, California. As her sponsor, Marlene has committed to providing Beatriz with room and board and ensuring that she will attend all her immigration hearings. At Marlene's house, Beatriz will be able to socially distance and otherwise comply with public health recommendations to prevent the spread of COVID-19.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 11 day of April, 2020 in Los Angeles, California.

*/s/ Christina Avalos*

CHRISTINA AVALOS