SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID**<br><br>**DECLARATION OF ERIKA ROMAN** |

# DECLARATION OF ERIKA ROMAN

I, ERIKA ROMAN, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an attorney specializing in immigration and criminal defense. I run my own law office in Van Nuys. I attended Loyola Law School and was admitted to the California Bar in December 2001 (SBN 216323).

3. I submit this declaration in support of a petition for a writ of habeas corpus and motion for temporary restraining order based on the risk of serious illness and death that my client Kelvin Hernandez Roman and others in Adelanto face due to the current COVID-19 pandemic.

**Kelvin Hernandez Roman**

4. I represent Kelvin Hernandez Roman in his administrative removal proceedings before the Executive Office of Immigration Review (EOIR). I have been representing Kelvin since on or about October 2019.

5. This declaration is based on my personal knowledge from representing Kelvin in his removal proceedings, my discussions with Kelvin, and my review of documents pertaining to his immigration case.

6. Kelvin is detained in the Immigration and Customs Enforcement ("ICE") Detention Center in Adelanto, California. He has been detained in Adelanto since July 2019.

7. Kelvin suffers from asthma. At Adelanto, he has been prescribed an inhaler, which he relies on to treat his asthma.

8. Kelvin is 31 years old and a citizen of El Salvador. He was first placed in removal proceedings in April 2012.

9. In June 2012, an asylum officer found that Kelvin had a credible fear of returning to El Salvador. Kelvin was then released on a $7,500 bond.

10. On December 8, 2015, an immigration judge administratively closed Kelvin's removal proceedings in an exercise of prosecutorial discretion.

11. In July 2019, Kelvin was arrested by the Tustin Police Department following a traffic stop. The District Attorney declined to file any charges against him. *See* Exhibit A. However, as a result of his arrest, Kelvin was transferred to ICE.

12. In October 2016, Kelvin was convicted for violations of California Penal Code 236 (false imprisonment) and California Penal Code 273a (misdemeanor child endangerment). He was sentenced to 8 days in jail and a term of probation.

13. Following his conviction, Kelvin completed 25 parenting skills classes. *See* Exhibit B.

14. Kelvin has no other criminal convictions.

15. On March 24, 2020, I submitted a parole request for Kelvin seeking his release in light of the danger presented by being detained in Adelanto during the COVID-19 pandemic. I received no response.

16. I have talked to Kelvin about what it means to be a class representative in this case. He knows that he represents the interests of everyone detained at Adelanto. He knows that he needs to provide his lawyers with any information they need for the case, and to stay informed about the case. He accepts these responsibilities.

17. If released, Kelvin will live with his U.S. Citizen wife and three U.S. citizen children in Garden Grove, California.

//
//
//
//
//

DECLARATION OF ERIKA ROMAN                                                      2


1  I declare under penalty of perjury of the laws of the State of California and the
2  United States that the foregoing is true and correct. Executed this 11 day of April,
3  2020 in Los Angeles, California.

*[signature]*

ERIKA ROMAN

# EXHIBIT A

OFFICE OF THE
# DISTRICT ATTORNEY
ORANGE COUNTY, CALIFORNIA

**TODD SPITZER, DISTRICT ATTORNEY**

November 21, 2019

**HERNANDEZ ROMAN, KELVIN ESTIVEN - 3124826**
**ADELANTO DETENTION FACILITY**
**10400 RANCHO ROAD**
**ADELANTO, CA 92301**

Dear KELVIN ESTIVEN HERNANDEZ ROMAN

Our office received your letter demanding a speedy resolution on your Orange County case(s) pursuant to Penal Code section 1381.5. We have determined that you currently have no active warrant or open cases in Orange County. As a result, our office will take no further action in the matter.

Sincerely,

RAY ARMSTRONG
Deputy District Attorney
Special Prosecutions Unit

X

EPLY TO: ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE                         WEB PAGE: www.OrangeCountyDA.com

☐ MAIN OFFICE — CIVIC CENTER DR. W., SANTA ANA, CA 92701 — (714) 834-3600
☐ NORTH OFFICE — 1275 N. BERKELEY AVE., FULLERTON, CA 92631 — (714) 773-4480
☐ WEST OFFICE — 8141 13TH STREET, WESTMINSTER, CA 92683 — (714) 896-726
☐ HARBOR OFFICE — 4601 JAMBOREE ROAD, NEWPORT BEACH, CA 92660 — (949) 476-4650
☐ JUVENILE OFFICE — 341 CITY DRIVE SOUTH, ORANGE, CA 92668 — (714) 835-7624
☐ CENTRAL OFFICE — 700 CIVIC CENTER DR. W., SANTA ANA, CA 92701 — (714) 568-3600

# EXHIBIT B



# CERTIFICATE OF ACHIEVEMENT

## 25 PARENTING SKILLS CLASSES

*this certificate is awarded to:*

Steven Roman

*From*

Family Enrichment Center
1333 S Euclid St
Anaheim, CA 92802

_____        April 26, 2018
Margaret J Medhus, MS LMFT  MFC53789        Date