SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID**<br><br>**DECLARATION OF JOSE ANTONIO HERNANDEZ VELASQUEZ** |

# DECLARATION OF JOSE ANTONIO HERNANDEZ VELASQUEZ

I, JOSE ANTONIO HERNANDEZ VELASQUEZ, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

**Background**

2. I am 19 years old and a citizen of Guatemala. I came to the United States to seek asylum when I was 17. In Guatemala, I was shot by gang members. I left because I was not safe there since I had refused to join any gangs.

3. I have never been convicted of any crime.

4. I have been diagnosed with hypertension. I have to take medication every day to lower my risk of a heart attack. The doctor told me it was very dangerous because I was too young to be having such high blood pressure. Sometimes I get really dizzy because my pressure goes so high. I often feel weak, especially when I don't eat well or sleep regularly. Every morning when I wake up I can feel my heart beating really fast.

5. I have been detained in ICE custody from October 26, 2018 until last Friday, April 3, when this Court ordered my release. At first, I was detained in Theo Lacey. I was transferred to Adelanto in the Fall of 2019. When I was released from Adelanto, I was placed in the Intensive Supervision Appearance Program ("ISAP"). I have to wear an ankle bracelet that reports my movements constantly.

**Living at Adelanto ICE Processing Facility**

6. At Adelanto, I shared a very small cell with three other people. I always felt like there was no space. It was hard to sleep with other people sleeping so close.

7. There was one toilet in the room. Every two days, we were supposed to clean it. Sometimes we had soap, but other times the only thing we had to clean with was shampoo.

8. We shared one shower area between many people. The showers were often dirty. Often people would throw garbage on the floor and I regularly saw garbage in the showers themselves.

9. We ate in a cafeteria. To get food, we had to stand in a long line, very close to the person on other side. Up to 100 people would eat in the cafeteria at the same time. When we sat to eat, we were very close to each other.

10. I had a hard time getting the medical care I needed in Adelanto. One time the staff even threw out my medicine. I kept the medicine I take for my high blood pressure in my cell. One day I came back to my cell after seeing a visitor in the visiting area and found that all my things had been thrown around and everything was a mess. My medicine had been thrown in the garbage. I asked one of the staff if she had come into my room and thrown out my medicine and she said she had. I told her that I needed the medicine and she didn't say anything. I had to put in a kite, which is like a written request, to get my medication refilled. It took almost 20 days. During that time when I was without my medicine I felt really sick—dizzy and achy.

11. Another time, about four weeks before my release, I fell in the shower and hurt my hand and foot. After I got out of the shower they began to swell and hurt very badly. I asked to see a doctor, but I had to wait three days. When I finally saw the doctor, they gave me crutches and some ibuprofen for the pain.

12. The week before I was released I was continuing to have a lot of pain in my foot and hand, so I put in another kite asking to see a doctor. I got no response.

**Adelanto's COVID-19 response**

13. I learned about the corona virus from television. The staff never really told us anything about corona virus.

14. About four weeks before I was released, my dorm was placed under quarantine. I assumed it was related to the coronavirus, but no one ever told us the

2

reason. After about two weeks, the quarantine was lifted.

15. During the quarantine all the staff and guards wore masks, but afterwards only some did; many others did not.

16. In the weeks before I was released from Adelanto, neither I or the other detainees I knew were ever given masks or gloves. There was hand sanitizer available when we went to eat, but never at any other time.

17. We continued to eat in the cafeteria with many other people and share the same shower area. I remained in my cell with three other people.

18. In those weeks, there were a lot of people in my dorm with flulike symptoms, including fevers and coughs. We asked the staff if we could get tested for the virus, but they just ignored us. We never got any tests.

19. The week before I was released, I shared a room with a man who was getting sick. He had a cough and a fever. As far as I know, he was never tested for the corona virus.

**Release from Adelanto**

20. When I was released from Adelanto, I felt so happy. Inside, I had been so worried. I was scared that I would get really sick or even die there.

21. When I got out, I was so relieved because I didn't have to be close to people who might have the corona virus. It felt so good.

22. I am now staying in self-isolation in a hotel in Los Angeles. I plan to stay here for fourteen days. I am doing all that I can to practice social distancing. After my self-isolation, I will live with a family in Long Beach, California that has agreed to take me in and give me a place to stay where I will be able to continue social distancing.

1 I declare under penalty of perjury of the laws of the State of California and the
2 United States that the foregoing is true and correct. Executed this 10 day of
3 April, 2020 in Los Angeles, California.

*[signature]*

JOSE ANTONIO HERNANDEZ VELASQUEZ

## CERTIFICATE OF TRANSLATION

I, Lindsay Toczylowski, certify that I am fluent in Spanish and English. I translated the foregoing declaration to Jose Antonio Hernandez Velasquez in Spanish on April 10, 2020. After I completed translating the declaration, Mr. Hernandez Velasquez verified that the contents of the foregoing declaration are true and accurate.

_____  
Lindsay Toczylowski

4/12/20  
Date