SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID**<br><br>**DECLARATION OF LUIS LOPEZ SALGADO** |

## DECLARATION OF LUIS LOPEZ SALGADO

I, LUIS LOPEZ SALGADO, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 40 years old and a citizen of Mexico. I entered the United States in 1981, when I was about a year old, and have lived in the U.S. ever since. I became a lawful permanent resident when I was 15 years old. Both of my parents are also lawful permanent residents, and my younger brother is a U.S. citizen. I currently reside with my mother in Los Angeles.

3. I have been diagnosed with human immunodeficiency virus (HIV), as well as post-traumatic stress disorder, anxiety, and depression.

4. Until my release from Adelanto ICE Processing Facility (Adelanto) on Friday, April 3, 2020, by a temporary restraining order issued by this Court, I had been detained at Adelanto since August 2018—a little over 1 year and 7 months.

5. When I was released from Adelanto, ICE put a GPS monitor on my ankle.

6. I submit this declaration in support of a petition for a writ of habeas corpus and motion for a preliminary injunction based on the risks of serious illness and death due to the current COVID-19 pandemic that I, and others like me, face if detained in Adelanto.

**Living at Adelanto ICE Processing Facility**

7. In Adelanto, I was detained in Adelanto West. I stayed in five different dorms throughout my detention. Twice, I had to be moved to new dorms because the guys in the dorm found out I was gay and wanted to beat me up. In the first four dorms where I stayed, I shared a cell with 3 other guys. In the last dorm—One Alpha—I was in a tiny cell all by myself. I was segregated in a single-person cell because of the homophobic threats I faced when I shared cells with

other men. When I was released, I had been living in my single-person cell in One Alpha for several months.

8. My cell in One Alpha was only a little bit bigger than the size of a queen size bed. It was a similar width, and a little longer. There was very little room. There was a little toilet and sink in the cell. There were 25 guys in the One Alpha dorm, all segregated in single cells. If any guys in the dorm got into a fight or argument they'd lock down the whole dorm and I'd be isolated inside the small cell until the lockdown was over.

9. The cells in One Alpha were very close to each other. The doors were only about 1 foot apart. So, if I were standing at the door of my cell and my neighbor was standing at the door of his cell, we were just about a foot apart.

10. The detainees were responsible for cleaning everything in the dorm—the tables, the day room, the microwave, coffee pot, everything.

11. The detainees were also responsible for cleaning the showers. But it was really hard to keep them clean. They were always really unsanitary. The showers are always, always packed. They are so dirty. There are bodily fluids on the floor, lots of hair, dirty soap. Some people left wet clothes on the floor of the shower. The showers had a lot of mold.

12. I never saw a staff member clean the showers. They sprayed it with something every day, but they never cleaned the showers. The detainees were expected to do the cleaning. Similarly, the toilets were sometimes very dirty, with dried urine stuck on the toilet for days.

13. The tables in the eating area were sometimes very dirty. The detainees were responsible for cleaning them. I never saw a staff member clean the eating area.

14. We were supposed to have cleaning supplies, but about half the time I needed cleaning supplies there weren't any. If we had to clean but there were no cleaning supplies available, we just did our best to clean with water. Additionally,

1 when there were cleaning supplies, they were not freely available to the detainees.
2 We had to ask the officers for permission to retrieve and use them. Some officers
3 would give you cleaning supplies when you asked, but some would not. It
4 depended on the officer. I frequently felt like I had to basically beg for access to
5 the cleaning supplies.

6     15. Several times during my detention, we ran out of toilet paper.
7 Sometimes, the officer wouldn't give us more toilet paper even after we ran out. If
8 that happened, I had to buy toilet paper from someone who had some.

9     16. I have had a lot of difficulty with getting adequate medical care at
10 Adelanto. On several occasions, the medical staff forgot to refill my HIV
11 medication, leaving me without medication for a few days or up to a week at a
12 time. I believe the staff forgot to order my medication refills because there are so
13 many people who need prescription medications at Adelanto. So sometimes
14 getting my medication regularly refilled fell through the cracks.

15     17. Once, I needed to get medical attention because I had a great deal of
16 pain in my stomach. The doctor said he'd schedule me for an appointment, but
17 because Adelanto is so overcrowded, it took a long time. I had to wait about 1 or 2
18 months just to be seen by anyone. It turned out my stomach pain was a swollen
19 liver, which resulted in a hernia.

**Adelanto's COVID-19 response**

21     18. I noticed almost no changes when the COVID-19 pandemic began. I
22 found about COVID-19 on the news. Adelanto staff didn't tell us anything. At
23 some point, they put up signs saying to cover your mouth if you sneeze, and if you
24 wash your hands to throw the paper towel away. But they didn't tell us about
25 coronavirus. We learned about the virus from the news. It was not until the
26 officers told us that family visits were being canceled that Adelanto told us
27 anything about the virus.

28     19. I expected that the staff would clean the facility more often because of

COVID-19, but that didn't happen. When I was released from Adelanto last Friday, officers were still coming into the facility without masks. Occasionally they used gloves, but inconsistently. I never saw the officers clean anything except their own desks or belongings.

20. By the time I was released from Adelanto, detainees were not being given masks to protect themselves or others from COVID-19.

21. There was no hand sanitizer for detainees. There was hand sanitizer before you entered the dorm, but that was for the officers only.

22. When I learned about COVID-19, I was very scared. I knew that because of my HIV, if I got COVID-19 I could die. My immune system does not work like a healthy immune system. For my immune system to work properly, I have to be up to date on my medications. And Adelanto medical staff were not always refilling my medications regularly. Every time I failed to get a refill of my medications, I was really scared that my immune system would become weak and that I would get sick and struggle to recover. I was worried that the officers would bring in the virus. The officers are the ones who will spread COVID-19 to the detainees, because they're the ones going out and then coming back into the facility.

23. After the COVID-19 pandemic was already everywhere, I remember some officers coughed and sneezed without covering their mouths. We detainees would ask them to cover their mouths, but some officers just ignored us.

**Release from Adelanto**

24. I felt so happy when I learned I would be released from Adelanto. I prayed and prayed that I would be released. It was just my daughter's birthday. She died when she was 7 months old. But this April 2 would have been her 14th birthday. I was released just a day after her birthday. That felt really special.

25. It feels so beautiful and wonderful to live with my mother again. It's a beautiful feeling. I am still as happy as I was the day I was released.

26. I am eating much healthier food now that I am out of Adelanto. I am eating a lot of fruits and other food that is much more nutritious than what was available at Adelanto.

27. I am also able to keep far better hygiene habits than in Adelanto. We have Clorox wipes to clean surfaces, and we have hand sanitizer. My mom and I are very careful to keep everything very clean. We are also careful to stay six feet away from others. I am aware that I need to be very careful to minimize my chances of catching COVID-19.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 12th day of April, 2020 in Los Angeles, California.

_____
LUIS LOPEZ SALGADO

5