1   SAMIR DEGER-SEN*
    samir.deger-sen@lw.com
2   WILLIAM M. FRIEDMAN*
    william.friedman@lw.com
3   LATHAM & WATKINS LLP
    555 Eleventh Street, NW
4   Suite 1000
    Washington, D.C. 20004-1304
5   Tel: 202.637.2200
    Fax: 202.637.2201
6
    AMANDA BARNETT (SBN 319046)
7   amanda.barnett@lw.com
    JESSIE CAMMACK (SBN 329794)
8   jessie.cammack@lw.com
    LATHAM & WATKINS LLP
9   355 South Grand Avenue, Suite 100
    Los Angeles, California 90071-1560
10  Tel: 213.485.1234
    Fax: 213.891.8763
11
    Attorneys for Plaintiffs-Petitioners
12  *Pro hac vice application forthcoming

    AHILAN ARULANANTHAM
    (SBN 237841)
    aarulanantham@aclusocal.org
    MICHAEL KAUFMAN
    (SBN 254575)
    mkaufman@aclusocal.org
    JESSICA KARP BANSAL
    (SBN 277347)
    jbansal@aclusocal.org
    MICHELLE (MINJU) CHO
    (SBN 321939)
    mcho@aclusocal.org
    ACLU Foundation of Southern
    California
    1313 West 8th Street
    Los Angeles, CA 90017
    Telephone: (213) 977-9500

13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

15

16 | KELVIN HERNANDEZ ROMAN,
   | BEATRIZ ANDREA FORERO
17 | CHAVEZ, MIGUEL AGUILAR
   | ESTRADA, on behalf of themselves and
18 | all others similarly situated,

   Petitioners-Plaintiffs,

20 v.

21 CHAD F. WOLF, Acting Secretary, U.S.
   Department of Homeland Security;
22 MATTHEW T. ALBENCE, Deputy
   Director and Senior Official Performing
23 the Duties of the Director, U.S.
   Immigration and Customs Enforcement;
24 DAVID MARIN, Director of the Los
   Angeles Field Office, Enforcement and
25 Removal Operations, U.S. Immigration
   and Customs Enforcement; and JAMES
26 JANECKA, Warden, Adelanto ICE
   Processing Center,

27         Respondents-Defendants.

)   Case No. 5:20-cv-00768
)
)   **ADELANTO COVID**
)
)   **DECLARATION OF JOSE**
)   **NEFTALI ROBLES**
)   **RODRIGUEZ**
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

28

**DECLARATION OF JOSE NEFTALI ROBLES RODRIGUEZ**

I, JOSE NEFTALI ROBLES RODRIGUEZ, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 37 years old and a citizen of Guatemala.  I came to the United States when I was twenty years old.  My partner and I have been together for nineteen years. We have four sons, all United States citizens. My oldest son is fifteen and my youngest is just four years old.

3.      I was diagnosed with type 2 diabetes when I was 25 years old. Since then, my blood sugar has never really been controlled. I have also been diagnosed with neuropathy as a result of nerve damage from the diabetes. My feet often feel like they are on fire. I often wake up in the middle of the night from the pain. I also have high blood pressure and high cholesterol.

4.      I take many medicines to try to control my diabetes, including insulin twice a day and metformin three times a day. I also take medicine for my high cholesterol, my high blood pressure, and the pain in my feet.

5.      I was detained in Adelanto detention center from December 6 until April 2, 2020, when this Court ordered my release.

6.      I submit this declaration in support of a petition for a writ of habeas corpus and motion for a preliminary injunction based on the risks of serious illness and death due to the current COVID-19 pandemic that I, and others like me, face if detained in Adelanto.

**Living at Adelanto ICE Processing Facility**

7.      For all of my time in Adelanto, I shared a cell with three other people. I don't know the exact measurements, but my best estimate is that the cell was about 8 feet by 10 feet. It had two sets of bunk beds. I slept on a top bunk.

8.      Whenever all four of us were in the cell, it felt like there was no space to even walk.

1

9.      There was one toilet and sink in our cell. We were responsible for cleaning it ourselves, but we often didn't have the supplies we needed. Sometimes we had to use shampoo to clean the toilet because there was no soap.

10.      My cell was in a dorm with about 70 people total. We all shared one common area and one shower area. The shower area had about seven showers. It was often dirty. There were no staff assigned to clean it; we had to clean it ourselves with whatever was available. Often, we cleaned with shampoo because there were no other cleaning supplies.

11.      We took our meals in a cafeteria with the others in our dorm. There were usually between 6 and 10 people per table. We went down to eat in groups. My cell was in the third group. The cafeteria was always a mess by the time we got there. We were responsible for cleaning it ourselves, but the only thing we were given to clean was a dirty towel and a bucket of dirty water.

**Adelanto's COVID-19 response**

12.      I learned about the corona virus from watching television. The guards and staff never told us anything about it.

13.      Shortly after the pandemic started, my dorm was put on quarantine for four days. We were never told why. After four days, things went back to normal.

14.      Even after the coronavirus started to spread throughout the United States, us detainees were not given access to masks, gloves, or hand sanitizer and our temperatures were not regularly checked.

15.      In my dorm there were six other people who were diabetic like me. There was also someone who had asthma. We were all worried that we could become very ill or die if we contracted the corona virus. We asked a nurse to give us masks so we could protect ourselves. She told us that was not permitted.

16.      Even the guards and staff did not wear masks. They were constantly coming in and out for shift changes, and they didn't seem to take any precautions.

2

1    We all worried that they could be bringing the virus into the facility.

2        17.    About two weeks before I was released, I got sick. I had a sore throat

3    and a cough. The way to request a doctor visit at Adelanto is to send a "kite" with a

4    written request. When I was sick I sent various "kites" requesting to see a doctor.

5    For many days, I got no response. Finally, after two weeks, I was able to see a

6    nurse who gave me ibuprofen.

7        18.    I was never tested for COVID-19 at Adelanto. As far as I know, no

8    one was.

9    **Release from Adelanto**

10        19.    When I was released from Adelanto, I thanked God.

11        20.    I am now reunited with my family. I am living at home with my

12    partner of 19 years and our four sons. My youngest, who is four, is so happy. He

13    keeps trying to feed me. Being with them, and eating together, is a joy.

14        21.    When I was at Adelanto, I was under so much stress. I had constant

15    headaches. I was so worried about getting sick and maybe even dying there. Now I

16    feel calm.

17        22.    My family and I are doing all that we can to practice social distancing.

18    We stay at home together all day. Sometimes we go outside for walks, but we

19    always cover our faces and when we come back we make sure to wash our hands.

20    We are constantly disinfecting everything, and looking out especially for our

21    children. It feels so good to be able to do these simple things to protect myself and

22    my family.

23

24

25

26

27

28

1    I declare under penalty of perjury of the laws of the State of California and the

2    United States that the foregoing is true and correct.  Executed this 12th day of

3    April, 2020 in Los Angeles, California.

4

5

6

7

8

9

10

11                          JOSE NEFTALI ROBLES RODRIGUEZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## CERTIFICATE OF TRANSLATION

I, Jessica Karp Bansal, certify that I am fluent in Spanish and English. I translated the foregoing declaration to Jose Neftali Robles Rodriguez in Spanish on April 12, 2020. After I completed translating the declaration, Mr. Robles Rodriguez verified that the contents of the foregoing declaration are true and accurate.

_____
Jessica Karp Bansal

4/12/20
_____
Date