SAMIR DEGER-SEN*
samir.deger-sen@lw.com
WILLIAM M. FRIEDMAN*
william.friedman@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202.637.2200
Fax: 202.637.2201

AMANDA BARNETT (SBN 319046)
amanda.barnett@lw.com
JESSIE CAMMACK (SBN 329794)
jessie.cammack@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: 213.485.1234
Fax: 213.891.8763

AHILAN ARULANANTHAM
(SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN
(SBN 254575)
mkaufman@aclusocal.org
JESSICA KARP BANSAL
(SBN 277347)
jbansal@aclusocal.org
MICHELLE (MINJU) CHO
(SBN 321939)
mcho@aclusocal.org
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

Attorneys for Plaintiffs-Petitioners
*Pro hac vice application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, MIGUEL AGUILAR ESTRADA, BEATRIZ ANDREA FORERO CHAVEZ, on behalf of themselves and others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768<br><br>**ADELANTO COVID PETITIONERS'-PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

After consideration of the briefs and arguments of counsel, the evidence filed in support of and opposition to Plaintiffs-Petitioners' Motion for Preliminary Injunction Court, and being fully advised, the Court finds that Plaintiffs-Petitioners have met their burden of demonstrating a need for preliminary injunctive relief in this case.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs-Petitioners' Motion is GRANTED as follows:

1. The Court concludes that Plaintiffs-Petitioners' have met their burden of showing: (1) a likelihood of success on the merits of their claim under the Due Process Clause of the United States Constitution; (2) that the continued detention of Class members under current conditions of detention at Adelanto is causing and will cause irreparable harm to Class members absent preliminary injunctive relief; and (3) that the balance of equities and the public interest weigh in Plaintiffs-Petitioners' favor. Accordingly, a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

2. The Court HEREBY DECLARES that conditions of confinement for all individuals held at the Adelanto Detention Facility are currently unconstitutional under the Fifth Amendment because they do not permit social distancing as necessary to minimize infection with COVID-19.

3. It is hereby ORDERED THAT:
   a. Within 72 hours from the date of this Order, Defendants shall obtain from every class member the address at which they would reside if released and contact information for a responsible adult with whom they would reside at that location, if any, using a form to be created by Plaintiffs' counsel and approved by the Court;
   b. Within 72 hours from the date of this Order, Defendants shall provide the Court and Plaintiffs' counsel with the information obtained

        pursuant to the preceding paragraph, as well as the following information about each individual currently detained at Adelanto: name, A number, age, medical conditions, and criminal history;

   c. Within 72 hours from the date of this Order, Defendants shall notify all class members of a phone number and email address at which they can reach class counsel, post the phone number and email address prominently in all dorms, as well as all rooms where telephones or computers are available for class members' use, and ensure the availability of facilities for free and confidential telephone calls and emails between class members and class counsel;

   d. Beginning 72 hours from the date of this Order, this Court shall consider on an expedited basis individual applications for release filed under this Order by class counsel, as follows:

      i. Each application should provide the information set forth in subparagraph 3.b above and any other relevant information, and should not exceed two pages (excluding any supporting documentation) absent exceptional circumstances;

      ii. Defendants may respond to each application in 24 hours, but such responses shall not exceed two pages (excluding any supporting documentation);

      iii. Replies in support of applications are strongly disfavored;

   e. Defendants may, at any time, submit a motion seeking relief from this Order on the ground that they have reduced the Adelanto Facility's population sufficiently to allow the remaining detainees to practice effective social distancing and personal hygiene, provided that such Motion shall state the facility's population and include a declaration from a public health expert attesting to what social distancing practices

|   |   |
|---|---|
| 1 | have been implemented through the population reduction and other |
| 2 | measures; |
| 3 | f. No security shall be required. |

Dated: _____

United States District Court Judge