1   SAMIR DEGER-SEN*
    samir.deger-sen@lw.com
2   WILLIAM M. FRIEDMAN*
    william.friedman@lw.com
3   LATHAM & WATKINS LLP
    555 Eleventh Street, NW
4   Suite 1000
    Washington, D.C. 20004-1304
5   Tel: 202.637.2200
    Fax: 202.637.2201
6

7   AMANDA BARNETT (SBN 319046)
    amanda.barnett@lw.com
8   JESSIE CAMMACK (SBN 329794)
    jessie.cammack@lw.com
9   LATHAM & WATKINS LLP
    355 South Grand Avenue, Suite 100
10  Los Angeles, California 90071-1560
    Tel: 213.485.1234
11  Fax: 213.891.8763

12  Attorneys for Plaintiffs-Petitioners
    *Pro hac vice application forthcoming
13

    AHILAN ARULANANTHAM
    (SBN 237841)
    aarulanantham@aclusocal.org
    MICHAEL KAUFMAN
    (SBN 254575)
    mkaufman@aclusocal.org
    JESSICA KARP BANSAL
    (SBN 277347)
    jbansal@aclusocal.org
    MICHELLE (MINJU) CHO
    (SBN 321939)
    mcho@aclusocal.org
    ACLU Foundation of Southern
    California
    1313 West 8th Street
    Los Angeles, CA 90017
    Telephone: (213) 977-9500

14
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
15
**EASTERN DIVISION**

16

17  KELVIN HERNANDEZ ROMAN,            )   Case No. 5:20-cv-00768
    MIGUEL AGUILAR ESTRADA,            )
18  BEATRIZ FORERO CHAVEZ, on behalf   )   **ADELANTO COVID**
    of themselves and others similarly situated, )
19                                     )   **PETITIONERS'-PLAINTIFFS'**
            Petitioners-Plaintiffs,    )   **EX PARTE APPLICATION TO**
                                       )   **EXPEDITE HEARING ON**
20  v.                                 )   **EMERGENCY MOTIONS FOR**
                                       )   **PROVISIONAL CLASS**
21  CHAD F. WOLF, Acting Secretary, U.S. )  **CERTIFICATION AND CLASS-**
    Department of Homeland Security;   )   **WIDE PRELIMINARY**
22  MATTHEW T. ALBENCE, Deputy         )   **INJUNCTION**
    Director and Senior Official Performing )
23  the Duties of the Director, U.S.   )
    Immigration and Customs Enforcement; )
24  DAVID MARIN, Director of the Los   )
    Angeles Field Office, Enforcement and )
25  Removal Operations, U.S. Immigration )
    and Customs Enforcement; and JAMES )
26  JANECKA, Warden, Adelanto ICE      )
    Processing Center,                 )
27                                     )
            Respondents-Defendants.    )
28                                     )
                                       )

Plaintiffs-Petitioners ("Plaintiffs") apply ex parte for an order expediting the hearing on their emergency motions for provisional class certification and class-wide preliminary injunctive relief. Pursuant to Local Rule 7-19, Plaintiffs' counsel emailed Assistant United States Attorneys Joanne Osinoff (joanne.Osinoff@usdoj.gov), Daniel Beck (daniel.beck@usdoj.gov), and Hillary Burrelle (hillary.burrelle@usdoj.gov) on April 13, 2020, at 10:13 am, to advise of this Ex Parte Application. Counsel for the United States Attorney's Office indicated that they opposed plaintiffs' proposed briefing schedule, but would not oppose expediting the hearing date if they were permitted the standard seven days to file their opposition.

Plaintiffs make this application ex parte because of the grave risk of harm to the putative class posed by COVID-19 if their emergency motions for provisional class certification and class-wide preliminary injunctive relief are heard according to regular noticed motion procedures. Plaintiffs incorporate by reference the factual background discussed in the accompanying Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction. *See* Mem. in Support of Mot. for a Prelim. Inj. Pt. II.

Given the extraordinary circumstances of the current COVID-19 pandemic and the grave risk of harm COVID-19 presents to the putative class, Plaintiffs request that this Court set a hearing on their emergency motions for provisional class certification and class-wide preliminary injunctive relief as soon as possible. Plaintiffs propose the following timeline for briefing and hearing, but are also prepared for this matter to be heard and briefed in less time should the Court wish:

- Hearing on Plaintiffs' emergency motions for provisional class certification and class-wide preliminary injunctive relief: Wednesday, April 22; [1]

---

[1] Should the Court deem a hearing unnecessary, Plaintiffs propose the motions be deemed submitted as of the date reply briefs are filed.

1

1    •    Defendants' oppositions, if any: Thursday, April 16;

2    •    Plaintiffs' Replies, if any: Monday, April 20.

3    DATED: April 13, 2020                        Respectfully submitted,

4

5                                                 LATHAM & WATKINS LLP

6                                                 /s/ Amanda Barnett
                                                  AMANDA BARNETT
7
                                                  Counsel for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28