# United States District Court
# Central District of California
# Western Division

BEATRIZ ANDREA FORERO
CHAVEZ,

              Petitioner,

    v.

CHAD T. WOLF, *et al.*,

              Respondents.

EDCV 20-00768 TJH

## Temporary Restraining Order and Order to Show Cause [6]

The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Beatriz Andrea Forero Chavez, together with the moving and opposing papers.

Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of her confinement are, now, unconstitutional. Petitioner is a civil detainee.

The Court incorporates by reference into this order the factual and legal grounds

1   supporting emergency injunctive relief, namely, immediate release, set forth in the

2   Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar.

3   27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal.

4   Apr. 1, 2020), ECF No. 17.

5          Based on the incorporated factual and legal grounds, and the facts and arguments

6   presented, here,

7

8          𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the application for a temporary restraining order be, and

9   hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

10

11          𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall, by 5:00 p.m. on April 17, 2020,

12   release Petitioner Beatriz Andrea Forero Chavez from custody pending further order

13   of this Court.

14

15          𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Petitioner shall not violate any federal, state or local

16   laws after released from custody pursuant to this order.

17

18          𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall show cause, if they have any, as

19   to why the Court should not issue a preliminary injunction in this case.  Respondents'

20   response, if any, to this order to show cause shall be filed by Noon on April 24, 2020.

21   Petitioner's reply, if any, to Respondents' response shall be filed by Noon on April 29,

22   2020.  The matter will then stand submitted.

23

24   Date: April 16, 2020

25   _____

26   𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.

27   𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊

28