# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, et al., | EDCV 20-00768 TJH (PVC) |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD F. WOLF, et al., | [72] |
| Defendants-Respondents. | |

The Court has considered Petitioner's *ex parte* application for expedited discovery, together with the moving an opposing papers.

**It is Ordered** that the application be, and hereby is, **Granted**.

**It is further Ordered** that, if Respondents have any objections to the nature of Petitioners' early discovery requests, Respondents should follow Local Rule 37 to raise objections, on an expedited basis, with Magistrate Judge Pedro V. Castillo.

**It is further Ordered** that the Court will entertain a stipulation or application to modify the briefing schedule on Petitioners' writ of *habeas corpus* to permit Judge Castillo sufficient time to consider any discovery dispute or discovery scheduling issue.

Date: May 11, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge