JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
450 5th Street, N.W
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins@usdoj.gov
HANS CHEN
VICTOR M. MERCADO-SANTANA
Trial Attorneys

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br>　　　　Petitioners-Petitioners,<br>v.<br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br>　　　　Defendants-Respondents. | No. 5:20-cv-00768-TJH-PVC<br><br>**ORDER RE:<br>JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PETITIONERS' WRIT OF *HABEAS CORPUS*<br>[ECF NO. 67]  [80]**<br><br>Honorable Terry J. Hatter<br>United States District Judge |

This matter having come before this Court upon the Parties' Joint Stipulation to Modify Briefing Schedule on Petitioners' Writ of *Habeas Corpus*, and good cause having been shown, IT IS HEREBY ORDERED that the Parties Joint Stipulation is GRANTED as follows:

1. Respondents' response to the petition for a writ of *habeas corpus* will be due on **May 15, 2020.**
2. Petitioners' reply will be due **May 21, 2020**.

DATED: MAY 14, 2020

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1