UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 20-0768-TJH(PVCx) |
| Date | MAY 19, 2020 |
| Title | Kelvin Hernandez Roman et al v. Chad F. Wolf et al |

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the answer [82] is hereby stricken from the record.

Respondent may re-file the answer as a separate document and may re-file a noticed motion to dismiss with a hearing date, which will be then taken under submission as of the hearing date selected.

IT IS SO ORDERED.

cc: all parties

CV-90                                **CIVIL MINUTES - GENERAL**                                Initials of Deputy Clerk ys