# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, et al., | EDCV 20-00768 TJH (PVCx) |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD F. WOLF, et al., | [88] |
| Defendants-Respondents. | |

The Court has considered Respondents' *ex parte* application to strike new evidence and arguments contained in Petitioners' traverse or, in the alternative, for leave to file a sur reply to the traverse, together with the moving and opposing papers.

It is Ordered that the *ex parte* application be, and hereby is, Denied.

Date: May 27, 2020

                                                                    _____
                                                                    Terry J. Hatter, Jr.
                                                                    Senior United States District Judge