# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH (PVCx) |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD F. WOLF, *et al.*, | |
| Defendants-Respondents. | |

The Court has considered Alejandro Jeronimo Osorio's motion to lift the stay in CV 20-816 TJH, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Denied.

Date: June 3, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge