UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-768-TJH (PVCx) | Date | June 8, 2020 |

Title   Kelvin Hernandez Roman, et al. v. Chad F. Wolf, et al.

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| DAISY ROJAS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that Plaintiffs'-Petitioners' Motion for Class-Wide Bail [102], filed on June 5, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary. A written order will issue.

IT IS SO ORDERED.

cc: all parties