**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>　　　　Respondents-Defendants. | Case No. 5:20-cv-00768-TJH (PVCx)<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING PLAINTIFFS-PETITIONERS' EX PARTE APPLICATION FOR UNDER SEAL FILING**<br><br>Hon. Terry J. Hatter, Jr. |

1     Compelling reasons having been show in Petitioners' Ex Parte Application for Under Seal Filing, the application is hereby granted.

    Exhibits 1 and 2 to the Declaration of Jessica Bansal in Support of Petitioners' Ex Parte Application for Under Seal Filing are hereby SEALED.

    IT IS SO ORDERED.

Dated: June 16, 2020

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1