# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH (PVCx) |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD F. WOLF, *et al.*, | |
| Defendants-Respondents. | |

The Court has reviewed the spreadsheet information for the first 100 class members. To ensure a clear record, Respondents shall file, by June 29, 2020, an amended spreadsheet for the first 100 class members to include the following:

1. The full name of each class member;

2. The dates and sentences for all indicated convictions;

3. A notation that a criminal charge is pending if there has not yet been a resolution;

    4.      A notation for any criminal charges that were dismissed; and

    5.      A legend defining all abbreviations used, particularly for abbreviations in the immigration history and criminal history sections.

All subsequent spreadsheets shall, also, include the above information.

IT IS SO ORDERED.

Date: June 25, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge