JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
450 5th Street, N.W.,
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins@usdoj.gov
HANS H. CHEN
VICTOR M. MERCADO-SANTANA
Trial Attorneys

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br>　　　　Petitioners-Petitioners,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>　　　　Defendants-Respondents. | No. 5:20-cv-00768-TJH-PVC<br><br>**ORDER RE: RESPONDENTS-DEFENDANTS' EX PARTE MOTION TO MODIFY THE COURT'S JUNE 25, 2020 ORDER (ECF NO. 126) [129]**<br><br>Honorable Terry J. Hatter<br>United States District Judge |

1  Good cause having been shown, Respondents Ex Parte Application is
2  GRANTED. Respondents are not required to provide the information on paragraphs
3  2, 3, and 4 of the Court's June 25, 2020 Order, ECF No. 126.
4  It is SO ORDERED.

DATED: JUNE 29, 2020

_____
HON. TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE