UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. ED CV 20-0768-TJH(PVCx) | Date JUNE 30, 2020 |

Title   Kelvin Hernandez Roman et al v. Chad F. Wolf et al

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the motion to intervene filed by proposed intervenors Devora Batres Moreno, Sandra Cervantes Gomez, Pablo Tapia Cruz, Caesar Galvan, and Ivan Rene Ledezma  (dkt  # 135) is STRICKEN for failure to comply with Local Rule 6-1.  In their motion, proposed intervenors requested a waiver of Local Rule 6-1's 28 day rule based on Local Rules 7.1(a) and e(5), however there are no Local Rules 7.1(a) or e(5).

Moreover, the motion to intervene was filed today with a hearing date noticed for June 28, 2020 – two days ago.

Additionally, any motions for bail filed by any approved intervenors shall follow the procedure set forth in paragraphs 11 through 17 of the Court's order of June 19, 2020 (dkt # 124).

IT IS SO ORDERED.

cc: all parties