# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, <br><br>  Petitioners-Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants-Respondents. | ED CV 20-00768 TJH (PVCx) <br><br><br> Order |

The Court has reviewed the bail applications filed on July 9, 10, and 13, and identified various deficiencies and issues that appeared in several of the applications:

1. The bail applications do not contain a copy each class member's Form A. The Court expects all bail applications filed hereafter to include a copy of the Form A completed by the respective class member. For a few of the applications previously filed, Respondents' opposition included an argument that the class member failed to submit a completed Form A. For the previously filed bail applications where Respondents did not raise such an objection, the Court will assume that the class member did submit a Form A, unless Respondents advise the Court otherwise by 4:00 p.m.

today. Further, the Court expects Plaintffs' counsel to telephonically confirm each class member's proposed living and transportation arrangements.

2. Henceforth, if a bail application does not include a fully completed and signed Form A, or if additional information needs to be conveyed to the Court, the additional information shall be submitted by way of a declaration that is based on personal knowledge or other foundational facts, and signed under penalty of perjury. Any factual statements made in a bail application that are unsupported by a Form A or an adequate declaration will not be considered by the Court.

3. Other than for a class member's medical conditions listed by Respondents on their spreadsheets, class members shall submit medical records to substantiate their asserted medical conditions.

The Court will issue orders identifying specific deficiencies in previously filed bail applications.

To assist the Court in dealing with the logistics of this case, Plaintiffs shall:

1. Sort their daily summary charts by docket number; and
2. Include in their charts and applications a brief description of all crimes in the criminal history sections, in addition to the statutory cite.

IT IS SO ORDERED.

Date: July 14, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge