| | |
|---|---|
| 1 | ETHAN P. DAVIS |
| 2 | Acting Assistant Attorney General<br>U.S. Department of Justice |
| 3 | Civil Division<br>WILLIAM C. PEACHEY |
| 4 | Director<br>Office of Immigration Litigation |
| 5 | District Court Section<br>JEFFREY S. ROBINS |
| 6 | Deputy Director<br>450 5th Street, N.W. |
| 7 | Washington, D.C. 20530<br>Telephone: (202) 616-1246 |
| 8 | Facsimile: (202) 305-7000<br>jeffrey.robins@usdoj.gov |
| 9 | HANS CHEN<br>VICTOR M. MERCADO-SANTANA |
| 10 | Trial Attorneys |
| 11 | Attorneys for Defendants-Respondents |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br>　　　　Petitioners-Petitioners,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br>　　　　Defendants-Respondents. | No. 5:20-cv-00768-TJH-PVC<br>**ORDER DENIED AS MOOT THE JOINT STIPULATION REGARDING FILING BRIEFING OF BAIL APPLICATIONS [216]**<br><br>Honorable Terry J. Hatter<br>United States District Judge |

# ORDER

Having reviewed and considered the Parties' Joint Stipulation Regarding Filing Briefing of Bail Applications ("Stipulation") and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is DENIED as moot.

IT IS SO ORDERED.

Date: JULY 22, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge