1   SAMIR DEGER-SEN*                AHILAN ARULANANTHAM
    samir.deger-sen@lw.com         (SBN 237841)
2   WILLIAM M. FRIEDMAN*           aarulanantham@aclusocal.org
    william.friedman@lw.com        MICHAEL KAUFMAN
3   LATHAM & WATKINS LLP           (SBN 254575)
    555 Eleventh Street, NW        mkaufman@aclusocal.org
4   Suite 1000                     JESSICA KARP BANSAL
    Washington, D.C. 20004-1304    (SBN 277347)
5   Tel: 202.637.2200              jbansal@aclusocal.org
    Fax: 202.637.2201              MICHELLE (MINJU) CHO
6                                  (SBN 321939)
    AMANDA BARNETT (SBN 319046)    mcho@aclusocal.org
7   Amanda.Barnett@lw.com          ACLU Foundation of Southern
    JESSIE CAMMACK (SBN 329794)    California
8   Jessie.Cammack@lw.com          1313 West 8th Street
    LATHAM & WATKINS LLP           Los Angeles, CA 90017
9   355 South Grand Avenue, Suite 100   Telephone: (213) 977-9500
    Los Angeles, California 90071-1560
10  Tel: 213.485.1234
    Fax: 213.891.8763
11
12  Attorneys for Plaintiffs-Petitioners
    *Admitted *pro hac vice*

13              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
14                   **EASTERN DIVISION**

15

16  KELVIN HERNANDEZ ROMAN,        )   Case No. 5:20-cv-00768-TJH-PVC
    BEATRIZ ANDREA FORERO          )
17  CHAVEZ, MIGUEL AGUILAR         )   **ADELANTO COVID**
    ESTRADA, on behalf of themselves and   )
    all others similarly situated,   )    **ORDER GRANTING JOINT**
18                                  )   **STIPULATION RE: BAIL**
                Petitioners-Plaintiffs,   )   **PROCESS [233]**
19                                  )
    v.                             )   **Hon. Terry J. Hatter, Jr.**
20                                  )
    CHAD F. WOLF, Acting Secretary, U.S.   )
21  Department of Homeland Security;   )
    MATTHEW T. ALBENCE, Deputy     )
22  Director and Senior Official Performing   )
    the Duties of the Director, U.S.   )
23  Immigration and Customs Enforcement;   )
    DAVID MARIN, Director of the Los   )
24  Angeles Field Office, Enforcement and   )
    Removal Operations, U.S. Immigration   )
25  and Customs Enforcement; and JAMES   )
    JANECKA, Warden, Adelanto ICE   )
26  Processing Center,             )
                                   )
27              Respondents-Defendants.   )
                                   )
28

Pursuant to the parties' stipulation and for good cause shown, this Court hereby modifies the Bail Process, ECF No.124, as follows:

1. The revised Form A submitted with the parties' stipulation shall replace the original Form A (ECF No. 123-1). Respondents shall ensure that class members are provided with the revised Form A in accordance with ECF No. 124 ¶¶ 6-9. Petitioners may submit bail applications based on either the original or revised Form A.

2. Petitioners' time to draft reply briefs and file bail applications shall be extended from two to three business days following receipt of Respondent's position brief. Bail applications shall be filed no later than 12 noon PT on the third business day after Petitioners' receipt of Respondents' position brief.

Dated: July 27, 2020

HONORABLE TERRY J. HATTER, JR.
United States District Judge

1