UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. ED CV 20-00768-TJH(PVC) | Date AUGUST 28, 2020 |

Title    Kelvin Hernandez Roman et al v. Chad F. Wolf et al.,

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, re the joint stipulation for order modifying scheduling order [399] is hereby rejected by the Court.  The Court will hold a Final Pretrial Conference for this case.

Counsel are reminded that all documents required by Local Rule 16 must be filed in advance of the Conference.

Anticipated evidentiary objections must be raised through motions in limine; and the Court will entertain another stipulation to modify the scheduling order provided that the stipulation complies with the above items.

IT IS SO ORDERED.

cc: all parties