UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-0768TJH(PVC) | Date | SEPTEMBER 17, 2020 |
|---|---|---|---|

Title: Kelvin Hernandez Roman et al v. Chad F. Wolf et al.,

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Government is ordered to file a status report by **2:00 p.m. today** will available information regarding the Covid-19 outbreak at Adelanto.

IT IS SO ORDERED.

cc: all parties