# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, et al., | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD T. WOLF, et al., | |
| Respondents-Defendants. | |

The Court has considered the bail applications for class members Milly Kalulu, Francisco Andres Pedro, Ramon Isedro Reymundo, Neptali Loreto Morales, Richard Albert Cedeno Donastorg, Jose De Jesus Roman Villanueva, Ricardo Lemus Menjivar, and Jesus Zeferino Hernandez ["the Class Members"].

Class Counsel shall prepare, with the assistance and cooperation of Respondents, a supplemental declaration setting forth the housing assignment and/or the most recent COVID-19 test result for each of the Class Members.

IT IS SO ORDERED.

Date: October 2, 2020

*Terry J. Hatter, Jr.*
Senior United States District Judge