UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVC<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY MODIFIED PRELIMINARY INJUNCTION (ECF NO. 596) [623]**<br><br>Hon. Terry J. Hatter, Jr. |

Pursuant to the parties' stipulation and for good cause show, this Court hereby enters the following modifications to the modified preliminary injunction (ECF No. 596):

1. The weekly testing required at page 12, paragraph 3 of the modified preliminary injunction shall continue on a weekly basis for four weeks, through October 26, 2020. The parties shall meet and confer and submit a proposal to the Court regarding the need, if any, for additional testing beyond that four-week period.

2. The census required at page 12-13, paragraph 4 of the modified preliminary injunction need not identify all known medical conditions of class members, but only the following medical conditions, which are recognized by the CDC as being associated with an increased risk of severe illness from COVID-19 and/or covered by the *Fraihat* subclasses: obesity; serious heart conditions (including heart failure, coronary artery disease, or cardiomyopathies); sickle cell disease; cerebrovascular disease; cystic fibrosis; immunocompromised state from blood or bone marrow transplant, immune deficiencies, use of corticosteroids, or use of other immune weakening medications; neurologic conditions, such as dementia; smoking; and thalassemia; being over 55; pregnancy; cardiovascular disease (congestive heart failure, history of myocardial infarction, history of cardiac surgery); high blood pressure; chronic respiratory disease; diabetes; cancer; liver disease; kidney disease; autoimmune diseases; severe psychiatric illness; history of transplantation; and HIV/AIDS.

3. Page 13, paragraph 7 of the modified preliminary injunction is hereby modified to provide that "all Adelanto staff shall endeavor to keep a 6 foot social distance from each other and from detainees except where closer contact is essential to performing a job-related function."

4. Page 13, paragraph 8 of the modified preliminary injunction is hereby modified to provide that that staff do not need to wear masks at Adelanto when eating, sleeping, or for medical reasons provided that staff shall endeavor to keep a 6 foot social distance from each other and from detainees while eating, sleeping, or attending to medical needs, unless closer contact is essential to performing a job-related function

Dated: October 2, 2020

HONORABLE TERRY J. HATTER, JR.
United States District Judge

2