# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD T. WOLF, *et al.*, | |
| Respondents-Defendants. | [531] |

    The Court granted bail to class member Shijia Liu on September 16, 2020, but, then, stayed that bail order on September 17, 2020, due to the COVID-19 outbreak at Adelanto and the Court's lack of information at that time regarding the outbreak. The Court has been provided with additional information and has reassessed the risks.

    Accordingly.

    It is Ordered that the stay of Shijia Liu's bail order be, and hereby is, Lifted.

1    It is further Ordered that Shijia Liu shall be released within 72 hours of this
2    order and pursuant to the conditions previously ordered by the Court in her bail order.

4    Date: October 16, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge