1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, MIGUEL AGUILAR ESTRADA, BEATRIZ ANDREA FORERO CHAVEZ, on behalf of themselves and others similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVC<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DATES [776]**<br><br>JUDGE: HON. TERRY J. HATTER |

Upon consideration of the parties' Joint Stipulation To Continue Scheduling Order Dates, it is hereby ordered that the Joint Stipulation is GRANTED.

The scheduling order is hereby modified as set forth below.

| Deadline | Existing Date | New Date |
|---|---|---|
| Filing Deadline for Local Rule 16 Documents in Advance of the Final Pretrial Conference. Includes:<br>• Memorandum of Contentions of Fact and Law<br>• Witness List<br>• Joint Exhibits List<br>• Final Pretrial Conference Order | **October 30, 2020** | **November 13, 2020** |
| Filing Deadline for Motions in Limine & Daubert Motions | **October 30, 2020** | **November 13, 2020** |
| Filing deadline for Trial Briefs and Declarations in lieu of Direct Examination | **November 2, 2020** | **November 16, 2020** |
| Final Pretrial Conference | **November 2, 2020** | **January 25, 2021** |
| Filing Deadline for Oppositions to Motions in Limine & Daubert Motions | **November 6, 2020** | **November 20, 2020** |
| Lodging of testimony admitted through deposition | **November 10, 2020** | **November 10, 2020** |
| Disclosure of Demonstrative and Graphical Material | **November 10, 2020** | **November 24, 2020** |

| Filing Deadline for Replies to Motions in Limine & Daubert Motions | **November 13, 2020** | **November 30, 2020** |
|---|---|---|
| Evidentiary Hearing and Court Trial at 10:00 a.m. | **November 17, 2020** | **To be determined at the Pretrial Conference hearing** |
| Optional Closing Briefs *in Lieu* of Closing Arguments | 10 Days After Trial | No Change |
| Status Conference | November 9, 2020 | Vacated and off calendar |

Dated: _OCTOBER 30, 2020_

Honorable Terry J. Hatter, Jr.
United States District Judge