# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD T. WOLF, *et al.*, | |
| Respondents-Defendants. | |

The Court has considered the Government's *ex parte* application to re-detain class member Afa Folasa to execute his removal [dkt # 958], together with the moving and opposing papers.

It is Ordered that the *ex parte* application be, and hereby is, Granted.

It is further Ordered that in the event that Folasa is not removed as currently scheduled by the United States Immigration and Customs Enforcement in the first week of February, 2021, Folasa must be returned to the San Francisco, California area and

released pursuant to the monitored release conditions that he has been subject to since his release pursuant to the Adelanto Population Reduction Order.

Date: January 28, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge

CC: USM