# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD T. WOLF, *et al.*, | |
| Respondents-Defendants. | |

The Court has considered the Government's motion to exclude Petitioner Orlando Arellano Garrido from release [dkt # 820], together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Granted.

Date: March 1, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge