# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| CHAD T. WOLF, *et al.*, | [1030] |
| Respondents-Defendants. | |

  The Court has received and considered the Notice of Death of Class Member Martin Vargas Arellano filed by Class Counsel on March 19, 2021.

  Based on the Notice of Death, it appears that Mr. Arellano died from complications due to COVID-19 on March 8, 2021, and that the Government failed to notify his family, his counsel, or the Court regarding the progression of his illness or of his death. Further, based on the Notice of Death, it appears that the Government actively concealed the seriousness of Mr. Arellano's condition, and his subsequent death, from his counsel and the Court by reporting that Mr. Arellano was released from detention on March 5, 2021.

  The Court has significant concerns regarding the Government's actions and lack of candor based on the disturbing facts reported in the Notice of Death.

Consequently, the Government shall file a written response to the Notice of Death by Noon on Tuesday, March 23, 2021.

The Government's response shall provide a detailed explanation, supported by declarations, of what happened to Mr. Arellano, starting from the presentation of his initial symptoms related to COVID-19 to his death. The response shall provide, *inter alia*:

1. A detailed history of the progression of Mr. Arellano's illness, including all medical care provided to him, whether at the Adelanto Detention Center, St. Mary's Hospital in Apple Valley, California, St. Jude's Hospital in Fullerton, California, or at any other facility;

2. A detailed explanation substantiating the actions taken, or not taken, by employees or agents of the Government and/or the GEO Group, whether or not set forth in the Notice of Death, that are related to Mr. Arellano's illness, death, or the reporting of his "release;"

3. A detailed explanation as to why the Government reported Mr. Arellano as being released from detention; and

4. A detailed explanation as to why the Government did not notify Mr. Arellano's family, attorneys, or the Court as to the progression of his COVID-19-related illness, the significant deterioration of his health, or his death.

IT IS SO ORDERED.

Date: March 20, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge