# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, | ED CV 20-00768 TJH |
| Petitioners-Plaintiffs, | |
| v. | Order |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Respondents-Defendants. | |

The Court has received and considered the Notice of Death of Class Member Martin Vargas Arellano filed by Class Counsel on March 19, 2021, and the Government's written response filed today.

**It is Ordered** that the matter of the death of Class Member Arellano be, and hereby is, **Referred** to the Special Master; the Special Master shall investigate the death and any related issues, and, then, issue a Report and Recommendation to the Court.

Date: March 23, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge