**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>　　　　　Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVC<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR CLASS MEMBER VASIL VUKAJ [1090]**<br><br>Hon. Terry J. Hatter, Jr. |

Pursuant to the parties' stipulation and for good cause shown, this Court hereby enters the following modifications to the terms and conditions of Member Vasil Vukaj's release. *See* ECF Nos. 658 (Bail Application) (sealed); 706 (Bail Order).

1. Upon his graduation from his reentry program, Mr. Vukaj shall reside at the address submitted to the Court in the Joint Stipulation to Modify Conditions of Release for Class Member Vasil Vukaj ["the Approved Residence"].

All other conditions of release set forth in the Bail Order, ECF 706, remain the same.

Dated: April_22, 2021

HON. TERRY J. HATTER, JR.
United States District Judge