BRIAN M. BOYNTON
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
450 5th Street, N.W.,
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins@usdoj.gov
HANS H. CHEN
VICTOR M. MERCADO-SANTANA
Trial Attorneys

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>Petitioners-Petitioners,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement; ERNESTO SANTACRUZ, Acting Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>Defendants-Respondents. | No. 5:20-cv-00768-TJH-PVC<br><br>**ORDER DENYING RE: RESPONDENTS'** ***EX PARTE*** **APPLICATION TO EXTEND TIME TO RESPOND TO PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL [ECF NO. 1167]  [1177]**<br><br>Honorable Terry J. Hatter<br>United States District Judge |

1  Pursuant to Respondents' Ex Parte Application to Extend Time to Respond
2  to Petitioners' Application for Leave to File Under Seal, ECF No. 1167, it is SO
3  ORDERED Denied as moot.

5  DATED: JULY 8, 2021  _____
6  HON. TERRY J. HATTER JR.
7  UNITED STATES DISTRICT JUDGE

2