UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-0768-TJH(PVCx) | Date | FEBRUARY 18, 2022 |

Title: Kelvin Hernandez Roman et al v. Chad F. Wolf et al

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Court will be adopting the Report and Recommendation of the Special Master [1448].

IT IS SO ORDERED.

cc: all parties

CV-90          CIVIL MINUTES - GENERAL          Initials of Deputy Clerk ys