# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>        Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>        Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVCx<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR CLASS MEMBER VASIL VUKAJ [1621]**<br><br>Hon. Terry J. Hatter, Jr. |

  Pursuant to the parties' stipulation and for good cause shown, this Court hereby enters the following modifications to the terms and conditions of Member Vasil Vukaj's release. *See* ECF Nos. 658 (Bail Application) (sealed); 706 (Bail Order); 1090 (First Joint Stipulation to Modify Vasil Vukaj Release Conditions (sealed); 1091 (First Order Granting Modification of Vasil Vukaj Release Conditions).

  1. Mr. Vukaj shall reside at the address submitted to the Court in the Joint Stipulation to Modify Conditions of Release for Class Member Vasil Vukaj ["the Approved Residence"].

  All other conditions of release set forth in the Bail Order, ECF No. 706, remain the same.

Dated: June 28, 2022

            _____
            HONORABLE TERRY J. HATTER, JR.
            United States District Judge

1