# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>        Petitioners-Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of the Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and JAMES JANECKA, Warden, Adelanto ICE Processing Center,<br><br>        Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVCx<br><br>**ADELANTO COVID**<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR CLASS MEMBER MARIA LEGARDA-BUGARIN  [1631]**<br><br>**Hon. Terry J. Hatter, Jr.** |

Pursuant to the parties' stipulation and for good cause shown, this Court hereby enters the following modifications to the terms and conditions of Member Maria Legarda-Bugarin's release. *See Legarda-Bugarin v. Marin* (5:20-cv-00760-TJH-DFM), ECF Nos. 15 & 21.

1. Ms. Legarda-Bugarin shall reside at the address submitted to the Court in the Joint Stipulation to Modify Conditions of Release for Class Member Maria Legarda-Bugarin ["the Approved Residence"].

All other conditions of release set forth in the Order Granting Joint Stipulation to Modify Conditions of Release Set Forth in Temporary Restraining Order from *Legarda-Bugarin v. Marin* (5:20-cv-00760-TJH-DFM), ECF No. 21, remain the same.

Dated: July 7, 2022

HONORABLE TERRY J. HATTER, JR.
United States District Judge

1