**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,

  Petitioners-Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; PATRICK J. LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; ERNESTO SANTACRUZ, JR., Acting Field Office Director, Los Angeles, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, and FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center,

  Respondents-Defendants.

&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;
&#41;

Case No. 5:20-cv-00768-TJH-PVC

**ADELANTO COVID ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT [2636]**

HON.  TERRY J. HATTER, JR.

This matter having come before this Court on Plaintiffs' motion for preliminary approval of the proposed settlement of the above-captioned class action pursuant to the Parties' Settlement Agreement, and having duly considered the papers and arguments of counsel, the Court hereby GRANTS Plaintiffs' motion and finds and orders as follows:

1. This Order incorporates by reference the definitions in the Settlement Agreement, a copy of which is attached as Exhibit 1. All terms defined therein shall have the same meaning in this Order.

2. On September 22, 2020, the Court certified a Class in this case. ECF No. 562. The Class is defined as all people who:

   i. Are currently detained in civil immigration detention at the Adelanto Immigration and Customs Enforcement Processing Center;

   ii. Were detained in civil immigration detention at the Adelanto Immigration and Customs Enforcement Processing Center at any time between March 23, 2020, and the final disposition of this case but have been transferred by Bureau of Immigration and Customs Enforcement to another immigration detention facility, regardless of whether the other detention facility is within the Central District of California; or

   iii. Were detained in civil immigration detention at the Adelanto Immigration and Customs Enforcement Processing Center at any time between March 23, 2020, and the final disposition of this case but have been released pursuant to a temporary restraining order, a preliminary injunction, or other temporary release order issued by this Court.

ECF No. 52 at 8-9.

The Class Representatives are Plaintiffs Kelvin Hernandez Roman, Beatriz Andrea Forero Chavez, and Miguel Aguilar Estrada. Eva Bitran, Samir Deger-Sen, Elyse Greenwald, Amanda Barnett, and Leah Wisser, are hereby confirmed as counsel for the Class ("Class Counsel").

3.      The Court has conducted a preliminary evaluation of the Settlement Agreement for fairness, adequacy, and reasonableness. The Court's scrutiny for the proposed settlement has been as rigorous at this preliminary approval stage as at the final approval stage. Based on this preliminary evaluation, the Court finds that (i) there is cause to believe that the Settlement Agreement is fair, reasonable, and adequate and within the range of possible approval, (ii) the Settlement Agreement has been negotiated in good faith at arm's-length between experienced attorneys familiar with the legal and factual issues in the Action, (iii) the Settlement Agreement provides substantial benefits to the Class and avoids the risk and expense of further litigation; (iv) the terms of the proposed award of attorney's fees and costs are fair; (v) the Settlement Agreement treats class members equitably; and (vi) the proposed notice of the material terms of the Settlement Agreement to members of the Class for their consideration and reaction is reasonable and appropriate. Therefore, the Court grants preliminary approval of the Settlement Agreement.

4.      On March 17, 2025 at 10:00 a.m., or at such other date and time later set by Court order, this Court will hold a hearing on the fairness, adequacy, and reasonableness of the Settlement Agreement (the "Fairness Hearing") and will determine whether final approval of the Settlement Agreement should be granted.

5.      Plaintiffs shall file a motion for final approval of the settlement no later than 14 days before the Fairness Hearing.

6.      The Court finds that the proposed Notice of Proposed Settlement and the proposed plan of distribution of the Notice meet the requirements of Federal Rules of Civil Procedure 23(c)(2) and 23(e)(1) and hereby directs counsel to proceed with the notice distribution in accordance with the terms of the Settlement Agreement.

7.    A Class Member may object to the proposed Settlement by filing a written objection with the Court no later than fourteen (14) days before the Final Approval Hearing.

8.    The Parties, either individually or jointly, may, but are not required to respond in writing to any objection. Any such written responses shall be due the same day as the motion for final approval, or as otherwise ordered by the Court.

9.    The Settlement Agreement provides that Defendants shall pay Plaintiffs the amount of $2,200,000.00 in attorneys' fees and costs taxable under 28 U.S.C. § 1920. Plaintiffs have submitted information concerning their taxable costs to Defendants. The Court preliminarily finds that the provisions for payment of attorneys' fees and costs are reasonable.

**IT IS SO ORDERED.**

Dated: January 24, 2025

_____

HON. TERRY J. HATTER, JR.

UNITED STATES DISTRICT JUDGE

3