UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,
                     Petitioners-Petitioners,

v.

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; PATRICK J. LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; ERNESTO SANTACRUZ, JR., Acting Field Office Director, Los Angeles, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, and FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center,

                     Defendants-Respondents.

No. 5:20-cv-00768-TJH-PVC

**ORDER GRANTING JOINT *EX PARTE* MOTION TO LIFT PROHIBITION ON NEW DETAINEE INTAKES [2637]**

Honorable Terry J. Hatter
United States District Judge

**ORDER**

Having reviewed and considered the parties' Joint *Ex Parte* Motion to Lift Prohibition on New Detainee Intakes ("Motion") and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and

IT IS HEREBY FURTHER ORDERED that the ban on new detainee intakes to the Adelanto ICE Processing Center ("Adelanto") imposed by the Court's Modified Preliminary Injunction, ECF No. 596, and Amended Population Reduction Order, ECF No. 914 ("Intake Ban"), is temporarily lifted pending a final fairness hearing conducted by the Court; and

IT IS HEREBY FURTHER ORDERED THAT the Intake Ban shall be permanently lifted upon the occurrence of all of the following: (a) entry of the order granting preliminary approval of the Parties' Settlement Agreement and Release, executed on December 20, 2024; (b) approval by the Court of the Agreement following notice to the Class and a fairness hearing, as prescribed by Federal Rule of Civil Procedure 23; and (c) entry by the Court of the Final Approval Order.

IT IS SO ORDERED.

Date: January 24, 2025    _____
                              Terry J. Hatter, Jr.
                              United States District Judge

2