# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,

 Petitioners-Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; CALEB VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; ERNESTO SANTACRUZ, JR., Acting Field Office Director, Los Angeles, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center,

 Respondents-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:20-cv-00768-TJH-PVC

**ADELANTO COVID**

**ORDER CLARIFYING ADELANTO COVID ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT [2670]**

HON. TERRY J. HATTER, JR.
Courtroom: 9B

This matter comes before the Court on the Parties' Stipulation for Clarification of Adelanto Covid Order Granting Unopposed Motion for Preliminary Approval of Settlement Agreement [2670] ("Stipulation").

Having considered the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED THAT the paragraph 6 of the Court's Adelanto Covid Order Granting Unopposed Motion for Preliminary Approval of Settlement Agreement, ECF No. 2670, is modified to state as follows:

The Court finds that the proposed Notice of Proposed Settlement and the proposed plan of distribution of the Notice meet the requirements of Federal Rules of Civil Procedure 23(c)(2) and 23(e)(1) and hereby directs counsel to distribute the notice within ten business days of January 29, 2025.

IT IS SO ORDERED.

Dated: January 31, 2025

HONORABLE TERRY J. HATTER, JR.
United States District Judge