UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 20-00768-TJH (PVCx) | Date | June 2, 2025 |
|---|---|---|---|
| Title | Kelvin Hernandez Roman, et al., v. Chad F. Wolf, et al. | | |

| Present: The Honorable | TERRY J. HATTER, JR. |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eva L. Bitran | Hans Chen |
| Ruth Hirsch | Victor M. Mercado-Santana |

**Proceedings:**   **UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT [2689] [2690] [2691]**

The hearing is held.   The Court and counsel confer. Following discussions with counsel, the Unopposed Motion for Final Approval of Settlement Agreement is granted.

00 : 06

Initials of Preparer    VRV