JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, BEATRIZ ANDREA FORERO CHAVEZ, MIGUEL AGUILAR ESTRADA, on behalf of themselves and all others similarly situated,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; ERNESTO SANTACRUZ, JR., Acting Field Office Director, Los Angeles, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and FERETI SEMAIA, Facility Administrator, Adelanto ICE Processing Center,<br><br>    Respondents-Defendants. | Case No. 5:20-cv-00768-TJH-PVC<br><br>**ADELANTO COVID**<br><br>**ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>HON. TERRY J. HATTER, JR.<br><br>Courtroom: 9C |

The Court has reviewed the Joint Stipulation of Voluntary Dismissal with Prejudice (the "Stipulation"), entered into by and among Plaintiffs and Class Representatives Kelvin Hernandez Roman, Beatriz Andrea Forero Chavez, and Miguel Aguilar Estrada (collectively, "Plaintiffs"), and Defendants Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Ernesto Santacruz, Jr., Acting Field Office Director, Los Angeles, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and Fereti Semaia, Facility Administrator, Adelanto ICE Processing Center (collectively, "Defendants," and together with Plaintiffs, the "Parties").

Accordingly, **IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41, all claims asserted in this action are dismissed with prejudice;

2. All bail orders issued in this case, individual TROs issued in this case, and TROs issued in separately and previously filed individual habeas cases subsequently stayed pursuant to the Court's April 23, 2020 order (Dkt. 52), are vacated;

3. Defendants shall pay Plaintiffs the amount of $2,200,000.00 as full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses, inclusive of any interest, pursuant to the Parties' Settlement Agreement; and

4. This Court shall retain jurisdiction to enforce any term or condition of the Parties' Settlement Agreement.

Dated: June 11, 2025

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge